**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 14-52934 |
| AMT Machine Systems, Ltd. | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Hoffman |

**TRANSMITTAL OF FINANCIAL REPORTS AND CERTIFICATION OF**
**COMPLIANCE WITH UNITED STATES TRUSTEE OPERATING**
**REQUIREMENTS FOR THE PERIOD ENDING MAY 31, 2014**

Respectfully submitted,


  /s/  James A. Coutinho
Myron N. Terlecky (0018628)
James A. Coutinho (0082430)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third St.
Columbus, OH  43215
Telephone:    (614) 228-6345
Facsimile:     (614) 228-6369
Attorneys for Debtor and Debtor in Possession

**TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:**

IN RE:                                                          :
                                                               :    CASE NO.: 14-52934
                                                               :    Chapter 11
AMT Machine Systems                                            :    Judge: _____
_____                                        :
            Debtor                                             :
                                                               :

As debtor in possession, I affirm:

1.    That I have reviewed the financial statements attached hereto, consisting of:

| | | |
|---|---|---|
| ✓ | Operating Statement | (Form 2) |
| ✓ | Balance Sheet | (Form 3) |
| ✓ | Summary of Operations | (Form 4) |
| ✓ | Monthly Cash Statement | (Form 5) |
| ✓ | Statement of Compensation | (Form 6) |
| ✓ | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.    That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)     YES ✓         NO_____

3.    That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)     YES ✓         NO_____

4.    No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation)     YES ✓         NO_____

5.    All United States Trustee Quarterly fees have been paid and are current.
                                          YES ✓         NO_____

6.    Have you filed your prepetition tax returns.
(If not, attach a written explanation)     YES ✓         NO_____

I hereby certify, under penalty of perjury, that the information provided above and in the attached
documents is true and correct to the best of my information and belief.

Dated: 6/17/2014        Dennis R. Pugh
                        _____
                        Debtor in Possession, by
                        Name: _____
                        Title: President
                        Phone: 614-635-8050

Form 1

# OPERATING STATEMENT (P&L)

# Period Ending:   05/31/2014

CASE NO:  14-52934

| | Current Month - 05/01/14 - 05/31/14 | Total Since filing | Income / Expenses 4/25/14 - 4/30/14 |
|---|---|---|---|
| **Total Revenues** | $             23,601.89 | 30,104.39 | 6,502.50 |
| **Cost of Goods Sold** | $             24,279.04 $ | 24,279.04 $ | - |
| **Gross Profit** | $             (677.15) $ | 5,825.35 $ | 6,502.50 |
| **Expenses:** | | | |
| Labor - Business Development - Marketing | $             2,462.12 | 2,462.12 $ | - |
| Travel - sales / marketing | $             - | - $ | - |
| R&D - Systems Engineering | $             2,569.60 | 2,569.60 $ | - |
| R&D - CDRV2080-24V-750W - JLTV | $             7.77 | 7.77 $ | - |
| R&D - Parker Ind. Cyberdrive (labor & Parts) | $             - | - $ | - |
| R&D - CyberNet Software - V5 | $             4,763.91 | 4,763.91 $ | - |
| R&D - 3 PH Amplifier Software | $             113.64 | 113.64 $ | - |
| Labor - Overhead (general) | $             1,488.21 | 1,488.21 $ | - |
| Labor - Overhead (Network Adm.) | $             2,884.28 | 2,884.28 $ | - |
| Fringe Benefits - Health / Life Ins. - R&D | $             1,728.10 | 1,728.10 $ | - |
| Fringe Benefits - Key Man (EAR/DRP) Ins. - R&D | $             495.55 | 495.55 $ | - |
| Fringe Benefits - Dental/Optical Reimb. - R&D | $             - | - $ | - |
| Fringe Benefits - 401K Company Match - R&D | $             460.83 | 460.83 $ | - |
| Fringe Benefits - Employer Taxes - R&D | $             1,828.85 | 1,828.85 $ | - |
| Fringe Benefits - Holiday / Personal Leave - R&D | $             1,087.12 | 1,087.12 $ | - |
| Fringe Benefits - Vac/Sick Leave - R&D | $             1,840.66 | 1,840.66 $ | - |
| Cellular Phones/Service - Eng. Staff | $             44.85 | 44.85 $ | - |
| Entertainment exp - R&D | $             - | - $ | - |
| Parts & materials - R&D | $             - | - $ | - |
| Patent expenses | $             - | - $ | - |
| R&D Travel expenses | $             - | - $ | - |
| Entertainment - G&A | $             - | - $ | - |
| Labor - G&A | $             9,968.62 | 9,968.62 $ | - |
| Subcontracted labor - G&A | $             1,017.02 | 1,017.02 $ | - |
| Fringe Benefits - Health / Life Ins. - G&A | $             469.78 | 469.78 $ | - |
| Fringe Benefits - Dental/Optical Reimb. - G&A | $             - | - $ | - |
| Fringe Benefits - 401K Company Match - G&A | $             - | - $ | - |
| Fringe Benefits - Employer Taxes - G&A | $             401.27 | 401.27 $ | - |
| Fringe Benefits - Holiday / Personal Leave - G&A | $             206.90 | 206.90 $ | - |
| Fringe Benefits - Vac/Sick Leave - G&A | $             404.05 | 404.05 $ | - |
| Misc G&A expense | $             218.24 | 218.24 $ | - |
| Depr. Exp - G&A computer equip. | $             - | - $ | - |
| Depr. Exp - G&A office equip / furniture | $             - | - $ | - |
| Office supplies | $             224.68 | 224.68 $ | - |
| Janitorial Supplies | $             155.18 | 155.18 $ | - |

| | | | | |
|---|---|---|---|---|
| **Postage, courier, UPS/Fedex S&H** | $ | - | - $ | - |
| **Shredding Services** | $ | - | - $ | - |
| **Dues, Subscr., Memberships (General)** | $ | - | - $ | - |
| **Rent / Occupancy (non warehouse)** | $ | - | - $ | - |
| **Rent Expense** | $ | 4,118.41 | 4,118.41 $ | - |
| **Service, finance charges, misc exp.** | $ | 36.00 | 36.00 $ | - |
| **Travel exp - G&A** | $ | - | - $ | - |
| **Commercial Activity Tax (other exp)** | $ | - | - $ | - |
| **Total Expense** | | 38,995.64 | 38,995.64 | - |
| **NET OPERATING PROFIT/LOSS:** | | (39,672.79) | (33,170.29) | 6,502.50 |
| **Other Income/Expense:** | | | | |
| **Gain(loss) on disposal of asset** | | - | | |
| **Other Income** | | 12.50 | 12.50 | - |
| **Total Other Income/Expense:** | | 12.50 | 12.50 | - |
| **LESS:  Non-Operating Expenses:** | | | | |
| **Professional fees** | | - | - | - |
| **Net Income(Loss):** | | (39,685.29) | (33,182.79) | 6,502.50 |

**FORM 2**

# Balance Sheet

# Period Ending:    5/31/14

### Case: 14-52934

| | Current Month Ending 5/31/2014 | Prior Month Ending 4/30/2014 | Balances at filing (4/25/14) |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash - Checking (Huntington) - General Account | 5,058.98 | 37,266.69 | 27,355.88 |
| Cash - Checking (Huntington) - Payroll Account | 0.00 | 0.00 | 0.00 |
| Cash - Checking (Huntington) - Tax Account | 0.00 | 0.00 | 0.00 |
| Internal Transfer Account | 0.00 | 0.00 | 0.00 |
| Inventory - Finished Goods | 57,657.06 | 45,750.17 | 45,519.17 |
| Inventory - Parts | 271,182.40 | 277,174.03 | 276,764.54 |
| Inventory - Work in Process | -0.00 | -0.00 | 0.00 |
| RMA Inventory | 0.00 | 0.00 | 0.00 |
| Accounts Receivable - trade | 80,578.88 | 67,070.09 | 97,419.62 |
| Accounts Receivable - other | 1,186.16 | 7,676.94 | 1,186.16 |
| Land and Buildings | 0.00 | 0.00 | 0.00 |
| Office Equipment | 81,064.59 | 81,064.59 | 81,064.59 |
| Shop Equipment | 13,200.00 | 13,200.00 | 13,200.00 |
| Computer Equipment | 104,732.27 | 104,732.27 | 104,732.27 |
| ERP System | 70,724.03 | 70,724.03 | 70,724.03 |
| Test Stand Equipment | 30,196.34 | 30,196.34 | 30,196.34 |
| Accum Depr - Office Equip | -81,064.59 | -81,064.59 | -81,064.59 |
| Accum Depr - Shop Equip | -13,200.00 | -13,200.00 | -13,200.00 |
| Accum Depr - Comp Equip | -104,639.21 | -104,639.21 | -104,639.21 |
| Accum Depr - ERP System | -70,724.03 | -70,724.03 | -70,724.03 |
| Accum Depr - Test Stand | -30,196.34 | -30,196.34 | -30,196.34 |
| OTHER: Product Development/Amortization (net): | 535,884.21 | 535,884.21 | 535,884.21 |
| OTHER: Prepaid expenses | 2,253.58 | 12,409.04 | 12,409.04 |
| OTHER: Deposits | 5,985.00 | 5,985.00 | 5,985.00 |
| OTHER:  Goodwill (prepetition): | 1,501,110.87 | 1,501,110.87 | 1,501,110.87 |
| **TOTAL ASSETS:** | **2,460,990.20** | **2,490,420.10** | **2,503,727.55** |
| **LIABILITIES:** | | | |
| **Postpetition liabilities:** | | | |
| Accounts Payable: | -13,885.03 | -18,361.34 | 0.00 |
| Accrued Salaries - DAC | 5,250.00 | 5,250.00 | 0.00 |
| Accrued Salaries - DGJ | 6,250.00 | 6,250.00 | 0.00 |
| Accrued Salaries - DRP | 10,833.32 | 10,833.32 | 0.00 |
| Accrued Salaries - BKR | 5,583.32 | 5,583.32 | 0.00 |
| Accrued Salaries - EAR | 10,000.00 | 10,000.00 | 0.00 |
| Accrued Salaries - TMW | 6,833.33 | 6,833.33 | 0.00 |
| Taxes - 401K | 0.00 | 0.00 | 0.00 |
| Taxes - City Income Tax W/H | 0.00 | 0.00 | 0.00 |
| Taxes - Federal Income Tax W/H | 0.00 | 0.00 | 0.00 |
| Taxes - State Income Tax W/H | 0.00 | 0.00 | 0.00 |
| Taxes -  FICA (SS and Medicare) | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Taxes - School Income Tax W/H | 0.00 | 0.00 | 0.00 |
| Taxes - Employer's 401K | 0.00 | 0.00 | 0.00 |
| Taxes - Employer's FICA | 0.00 | 0.00 | 0.00 |
| Taxes - Workers Compensation | 0.00 | 0.00 | 0.00 |
| Taxes - FUTA | 0.00 | 0.00 | 0.00 |
| Taxes - SUTA | 0.00 | 0.00 | 0.00 |
| Taxes - Sales Tax - California | 0.00 | 0.00 | 0.00 |
| Other - Liability for Deposit / Advance payments | 257,320.00 | 239,320.00 | 239,320.00 |
| **Total Postpetition Liabilities:** | 288,184.94 | 265,708.63 | 239,320.00 |

## Secured Liabilities:

| | | | |
|---|---|---|---|
| Prom note - T. Pugh | 480,595.07 | 480,595.07 | 480,595.07 |
| **Total Prepetition Secured Liabilities:** | 480,595.07 | 480,595.07 | 480,595.07 |

## Prepetition Liabilities:

| | | | |
|---|---|---|---|
| **Payroll Liabilities: former employees** | 1,164,633.23 | 1,164,633.23 | 1,164,633.23 |
| **Payroll liabilities: current employees** | 1,413,980.08 | 1,342,302.07 | 1,342,302.07 |
| **Payroll Liabilities: Accrued Vacation** | 49,378.79 | 50,204.55 | 50,204.55 |
| **Warranty Reserve** | 42,461.59 | 44,032.69 | 44,032.69 |
| **Accounts Payable** | 495,222.59 | 505,046.63 | 504,978.73 |
| **Unsecured Notes Payables** | 1,690,858.63 | 1,992,649.01 | 1,992,649.01 |
| **Total Prepetition Liabilities:** | 4,856,534.91 | 5,098,868.17 | 5,098,800.28 |
| | | | |
| **TOTAL LIABILITIES:** | 5,625,314.92 | 5,845,171.87 | 5,818,715.35 |

## Equity

| | | | |
|---|---|---|---|
| **Owners Capital:** | 8,935,724.59 | 8,935,724.59 | 8,935,724.59 |
| **Retained Earnings - Prepetition:** | -11,991,167.89 | -11,991,167.89 | -11,991,167.89 |
| **Net Income (Loss) - Prepetition** | -305,810.97 | -305,810.97 | -259,544.50 |
| **Retained Earnings - Postpetition:** | 0.00 | 0.00 | 0.00 |
| **Net Income (loss)- Postpetition:** | -33,182.79 | 6,502.50 | 0.00 |
| **TOTAL EQUITY:** | -3,394,437.06 | -3,354,751.77 | -3,314,987.80 |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,230,877.86 | 2,490,420.10 | 2,503,727.55 |

# Accounts Payable Aging As of    5/31/2014 11:59:59 PM

*Wednesday, June 18, 2014  5:12:11 PM*                    All amounts in billed currency.                    Page 1 of 2

Criteria :    Reverse subsequent payments as of 5/31/2014 11:59:59 PM    Aging based on Invoice Date    Account Nbr: 20000    Currency Type: USD

| Invoice ID | Invoice Currency Type Date | Due Date | Orig Invoice Amt | Due Pay Amt Status | Disc Date | Discount Allowed | Current Due 0 To 30 | 31 To 60 | 61 To 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Vendor ID:** | arctic | **Vendor Name:** | Arctic Silver, Inc. | | **Days per Cycle:** | 30 | | | | |
| 251700 | 4/30/2014 USD | 5/30/2014 | $119.00 | $119.00 OK to Pay | 4/30/2014 | $0.00 | | $119.00 | | |
| | | **Vendor Total:** | **$119.00** | **$119.00** | | **$0.00** | **$0.00** | **$119.00** | **$0.00** | **$0.00** |
| **Vendor ID:** | digikey | **Vendor Name:** | Digi-Key Corporation | | **Days per Cycle:** | 30 | | | | |
| 45402187 | 4/25/2014 USD | 5/25/2014 | $416.64 | $416.64 OK to Pay | 4/25/2014 | $0.00 | | $416.64 | | |
| 45549654 | 5/2/2014 USD | 6/1/2014 | $10.18 | $10.18 OK to Pay | 5/2/2014 | $0.00 | $10.18 | | | |
| | | **Vendor Total:** | **$426.82** | **$426.82** | | **$0.00** | **$10.18** | **$416.64** | **$0.00** | **$0.00** |
| **Vendor ID:** | mc-bkr | **Vendor Name:** | Keybank | | **Days per Cycle:** | 30 | | | | |
| Advantech - PO 16395 | 5/1/2014 USD | 5/1/2015 | $1,416.00 | $1,416.00 OK to Pay | 5/1/2014 | $0.00 | $1,416.00 | | | |
| | | **Vendor Total:** | **$1,416.00** | **$1,416.00** | | **$0.00** | **$1,416.00** | **$0.00** | **$0.00** | **$0.00** |
| **Vendor ID:** | mcnmka | **Vendor Name:** | McNaughton-McKay | | **Days per Cycle:** | 30 | | | | |
| 13241463-01 | 5/8/2014 USD | 6/7/2014 | $1,443.85 | $1,443.85 OK to Pay | 5/8/2014 | $0.00 | $1,443.85 | | | |
| | | **Vendor Total:** | **$1,443.85** | **$1,443.85** | | **$0.00** | **$1,443.85** | **$0.00** | **$0.00** | **$0.00** |
| **Vendor ID:** | newark | **Vendor Name:** | Newark Electronics, Inc. | | **Days per Cycle:** | 30 | | | | |
| 25049056 | 4/26/2014 USD | 5/26/2014 | $188.52 | $188.52 OK to Pay | 4/26/2014 | $0.00 | | $188.52 | | |
| 25058886 | 4/21/2014 USD | 5/21/2014 | $163.11 | $163.11 OK to Pay | 4/21/2014 | $0.00 | | $163.11 | | |
| 25061278 | 4/21/2014 USD | 5/21/2014 | $360.44 | $360.44 OK to Pay | 4/21/2014 | $0.00 | | $360.44 | | |
| 25088224 | 4/28/2014 USD | 5/28/2014 | $17.00 | $17.00 OK to Pay | 4/28/2014 | $0.00 | | $17.00 | | |
| 251081380 | 5/2/2014 USD | 5/2/2014 | $5.68 | $5.68 OK to Pay | 5/2/2014 | $0.00 | $5.68 | | | |
| 25112108 | 5/2/2014 USD | 5/2/2014 | $267.45 | $267.45 OK to Pay | 5/2/2014 | $0.00 | $267.45 | | | |
| | | **Vendor Total:** | **$1,002.20** | **$1,002.20** | | **$0.00** | **$273.13** | **$729.07** | **$0.00** | **$0.00** |
| **Vendor ID:** | MC-EAR | **Vendor Name:** | Platinum Plus for Business - EAR | | **Days per Cycle:** | 30 | | | | |
| advantech - PO 16395 | 5/1/2014 USD | 5/1/2015 | $1,433.12 | $1,433.12 OK to Pay | 5/1/2014 | $0.00 | $1,433.12 | | | |
| | | **Vendor Total:** | **$1,433.12** | **$1,433.12** | | **$0.00** | **$1,433.12** | **$0.00** | **$0.00** | **$0.00** |
| **Vendor ID:** | rosep | **Vendor Name:** | ROSE Products & Services, Inc. | | **Days per Cycle:** | 30 | | | | |
| 601036151 | 5/1/2014 USD | 5/31/2014 | $155.18 | $155.18 OK to Pay | 5/1/2014 | $0.00 | $155.18 | | | |
| | | **Vendor Total:** | **$155.18** | **$155.18** | | **$0.00** | **$155.18** | **$0.00** | **$0.00** | **$0.00** |

| Invoice ID | Invoice Currency Type Date | Due Date | Orig Invoice Amt | Due Pay Amt Status | Disc Date | Discount Allowed | Current Due 0 To 30 | 31 To 60 | 61 To 90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Vendor ID:** | SHLMTCO | **Vendor Name:** | Strip, Hoppers, Leithart, McGrath & Terlecky Co, | | **Days per Cycle:** | 30 | | | | |
| Retainer pd via wire 2/6/14 | 2/6/2014 USD | 2/6/2014 | ($25,000.00) | ($20,345.75) OK to Pay | | $0.00 | | | | ($20,345.75) |
| | | **Vendor Total:** | **($25,000.00)** | **($20,345.75)** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **($20,345.75)** |
| **Vendor ID:** | thalmor | **Vendor Name:** | Thal-Mor Associates | | **Days per Cycle:** | 30 | | | | |
| 1263770 | 5/12/2014 USD | 6/11/2014 | $441.05 | $441.05 OK to Pay | 5/12/2014 | $0.00 | $441.05 | | | |
| | | **Vendor Total:** | **$441.05** | **$441.05** | | **$0.00** | **$441.05** | **$0.00** | **$0.00** | **$0.00** |
| **Vendor ID:** | ulipac | **Vendor Name:** | Uline | | **Days per Cycle:** | 30 | | | | |
| 58245566 | 4/21/2014 USD | 5/21/2014 | $23.50 | $23.50 OK to Pay | 4/21/2014 | $0.00 | | $23.50 | | |
| | | **Vendor Total:** | **$23.50** | **$23.50** | | **$0.00** | **$0.00** | **$23.50** | **$0.00** | **$0.00** |
| | | **Grand Total:** | **($18,539.28)** | **($13,885.03)** | | **$0.00** | **$5,172.51** | **$1,288.21** | **$0.00** | **($20,345.75)** |

### Monthly Cash Statement
### Period Ending:  05/31/14

Cash Activity Analysis (Cash Basis only):                                    Case #:        14-52934

| | | General Acct | Payroll Acct | Tax Acct. | Cash Coll Acct | Petty Cash Acct |
|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ 37,266.69 | $          - | $          - | N/A | N/A |
| B. | Receipts (attach separate schedule) | $ 50,823.15 | $ 29,627.72 | $ 21,072.16 | | |
| C. | Balance Available: (A + B) | $ 88,089.84 | $ 29,627.72 | $ 21,072.16 | #VALUE! | #VALUE! |
| D. | Less Disbursements: (attach separate schedule) | $ 73,821.30 | $ 29,627.72 | $ 21,072.16 | N/A | N/A |
| E. | Ending Balance: (C - D) | $ 14,268.54 | $          - | $          - | #VALUE! | #VALUE! |

(Please attach copies of most recent reconciled bank statements from each account)

General Account:
1. Depository Name & Location          The Huntington National Bank, Columbus OH
2. Account Number (last 4 digits only)        3370

Payroll Account:
1. Depository Name & Location          The Huntington National Bank, Columbus OH
2. Account Number (last 4 digits only)        3419

Tax Account:
1. Depository Name & Location          The Huntington National Bank, Columbus OH
2. Account Number (last 4 digits only)        3406

Other monies on hand (specify type and location) ie: CD's, Bonds, Etc.

        Not applicable

_6/17/2014_

Date:                                                  Debtor in Possession:

### FORM 5

**MONTHLY CASH STATEMENT - PERIOD ENDING 05/31/14 - CASE #: 14-52934**

General Account  (acct ending in 3370)

| | | Checking Account beginning Balance (Item A) | Receipts  (Item B) | Disbursement Amount (Item D) |
|---|---|---|---|---|
| | | $      37,266.69 | | |

| Transaction Type / Number | Date | Cash Receivable: | | |
|---|---|---|---|---|
| 3856 | | HSM - Hudson Precision Products Company | $     1,062.00 | |
| 3825 | | KOHLER - Kohler | $     1,020.00 | |
| 3873 | 5/6/2014 | Magnetic - Magnetic Screw Machine Products, Inc. | $     2,062.00 | |
| 3867 | 5/9/2014 | OSURF - The Ohio State University Research Foundation | $     9,474.35 | |
| 3889 | | AMS - Advanced Machinery Solutions | $    16,074.67 | |
| 3833 | | Kohler - Kohler | $       424.00 | |
| 3834 | | TCR - TCR Engineered Components, LLC | $       414.00 | |
| 3853 | | Koontz-WAG - Koontz-Wagner Electric | $       167.13 | |
| 3619 | | MANTEL - Mantel Machine Products, Inc. | $     1,035.00 | |
| | | Machinery Solutions | $     1,090.00 | |
| 3899 | | AMS - Advanced Machinery Solutions | $    18,000.00 | |
| | | Total Receipts: (Item C) | $    50,823.15 | |

| Check # | Check Date | Check Payable: | | |
|---|---|---|---|---|
| 200000 | 30-May-14 | YDT - Rent | | 8236.83 |
| 200001 | 14-May-14 | Anthem Insurance | | 13774.47 |
| 200002 | 07-May-14 | Central Ohio Copier (office/paper supplies) | | 224.68 |
| on line payment | 07-May-14 | Guardian Life Insurance | $       150.20 | |
| on line payment | 12-May-14 | Transfer to Payroll account | $    28,162.20 | |
| on line payment | 14-May-14 | Transfer to Tax Account | $    12,596.44 | |
| on line payment | 14-May-14 | Transfer to Payroll account | $     1,465.52 | |
| on line payment | 27-May-14 | Transfer to Tax Account | $     5,623.89 | |
| on line payment | 27-May-14 | Transfer to Tax Account | $     1,503.70 | |
| on line payment | 27-May-14 | Transfer to Tax Account | $     1,118.21 | |
| on line payment | 27-May-14 | Transfer to Tax Account | $       229.92 | |
| on line payment | 29-May-14 | Verizon | $       408.31 | |
| on line payment | 29-May-14 | BWC - service charge | $        30.00 | |
| on line payment | 30-May-14 | United Parcel Service | $       296.93 | |
| | | Total Disbursements: (Item D) | $    73,821.30 | |

**Ending Balance (ITEM C - D):            $         14,268.54**

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 **Huntington**

AMT MACHINE SYSTEMS, LTD
CASE NO. 14-52934 GENERAL ACCOUNT
868 FREEWAY DR N
COLUMBUS OH 43229-5420

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Community Business Checking*                    Account: ████ 3370

| Statement Activity From: 05/01/14 to 05/31/14 | | Beginning Balance | **$37,266.69** |
|---|---|---|---|
| | | Credits (+) | **50,823.15** |
| | | Regular Deposits | 50,823.15 |
| Days in Statement Period | 31 | Debits (−) | **73,821.30** |
| | | Regular Checks Paid | 22,235.98 |
| Average Ledger Balance* | 24,306.98 | Electronic Withdrawals | 885.44 |
| Average Collected Balance* | 21,687.89 | Other Debits | 50,699.88 |
| * The above balances correspond to the service charge cycle for this account. | | Total Service Charges (−) | **0.00** |
| | | Ending Balance | **$14,268.54** |

## *Deposits (+)*                                                                 Account: ████ 3370

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|---|---|---|---|---|---|---|---|
| 05/06 | 4,144.00 ✓ | 141241614 | Brch/ATM | 05/29 | 19,090.00 ✓ | | Brch/ATM |
| 05/09 | 9,474.35 ✓ | | Brch/ATM | 05/29 | 1,202.13 ✓ | | Brch/ATM |
| 05/15 | 16,912.67 ✓ | | Brch/ATM | | | | |

## *Checks (−)*                                                                   Account: ████ 3370

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 05/30 | 8,236.83 | 200000 | 05/30 | 224.68 | 200002 |
| 05/16 | 13,774.47 | 200001 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (−)*                                                             Account: ████ 3370

| Date | Amount | Description |
|---|---|---|
| 05/07 | 150.20 | THE GUARDIAN APR GP INS  APR 01 48463600CC20000 |
| 05/12 | 28,162.20 | INTERNET TFR TO CHECKING  051214 01893153419 |
| 05/14 | 12,596.44 | INTERNET TFR TO CHECKING  051414 01893153406 |
| 05/14 | 1,465.52 | INTERNET TFR TO CHECKING  051414 01893153419 |
| 05/27 | 5,623.89 | INTERNET TFR TO CHECKING  052714 01893153406 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2014 Huntington Bancshares Incorporated.

## Other Debits (-)

*Account:* ⬛3370

| Date | Amount | Description |
|------|--------|-------------|
| 05/27 | 1,503.70 | INTERNET TFR TO CHECKING  052714 01893153406 |
| 05/27 | 1,118.21 | INTERNET TFR TO CHECKING  052714 01893153406 |
| 05/27 | 229.92 | INTERNET TFR TO CHECKING  052714 01893153406 |
| 05/29 | 408.31 | ACHIVR VISB BILL PYMNT  140528 2873764 |
| 05/29 | 30.00 | OHIO BWC DEBITS  C844826-0 |
| 05/30 | 296.93 | U. P. S. UPS BILL  14148*042648171 |

## Service Charge Summary

*Account:* ⬛3370

| | |
|---|---|
| Previous Month Service Charges (−) | $0.00 |
| Total Service Charges (−) | $0.00 |



## Balance Activity

*Account:* ⬛3370

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 37,266.69 | 05/12 | 22,572.64 | 05/27 | 3,173.16 |
| 05/06 | 41,410.69 | 05/14 | 8,510.68 | 05/29 | 23,026.98 |
| 05/07 | 41,260.49 | 05/15 | 25,423.35 | 05/30 | 14,268.54 |
| 05/09 | 50,734.84 | 05/16 | 11,648.88 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
  2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

⬛3370    01 03 000 00 N N N  EMT5 01 025 025    00370    013560    44530

**MONTHLY CASH STATEMENT - PERIOD ENDING 05/31/14 - CASE #: 14-52934**

Payroll Account  (acct ending in 3419)

| | | | Checking Account beginning Balance (Item A) | Receipts  (Item B) | Disbursement Amount (Item D) |
|---|---|---|---|---|---|
| | | | $          - | | |
| **Transaction Type / Number** | **Date** | **Cash Receivable:** | | | |
| Transfer | 12-May-14 | Transfer from General Account | | $    28,162.20 | |
| Transfer | 12-May-14 | Transfer from General Account | | $     1,465.52 | |
| | | | Total Receipts: (Item C) | $    29,627.72 | |
| | | | | | |
| **Check #** | **Check Date** | **Check Payable:** | | | |
| 200000 | 09-May-14 | BRIBBLE-Brian K. Ribble | | $     3,521.70 | |
| 200001 | 09-May-14 | COURTER-Denise A. Courter | | $     2,981.45 | |
| 200002 | 09-May-14 | DPUGH-Dennis R. Pugh | | $     7,686.44 | |
| 200003 | 09-May-14 | JOHNSON-Dustin G. Johnson | | $     4,189.70 | |
| 200004 | 09-May-14 | ERIBBLE-Eric A. Ribble | | $     5,851.11 | |
| 200005 | 09-May-14 | WALLISER-Thomas M. Walliser | | $     3,931.80 | |
| Debit Card - * See note | 12-May-14 | TWOTEC-Two Technologies, Inc. Charge for overdraft - due to debit card | | $     1,429.52 | |
| Service Chg | 31-May-14 | error | | $         36.00 | |
| | | | Total Disbursements: (Item D) | $    29,627.72 | |
| | | | **Ending Balance (ITEM C - D):** | **$          -** | |

* The bank originally attached this account to the debit card.   The account link has changed to the General Account; but not before the above posting.

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

 Huntington

AMT MACHINE SYSTEMS, LTD
CASE NO. 14-52934 PAYROLL ACCOUNT
868 FREEWAY DR N
COLUMBUS OH 43229-5420

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Community Business Checking*                    Account: ▉3419

| Statement Activity From: 05/01/14 to 05/31/14 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 29,699.72 |
| | | Other Credits | 29,699.72 |
| Days in Statement Period | 31 | Debits (−) | 29,591.72 |
| | | Regular Checks Paid | 28,162.20 |
| | | Other Debits | 1,429.52 |
| Average Ledger Balance* | 943.09- | Total Service Charges (−) | 108.00 |
| Average Collected Balance* | 943.09- | Ending Balance | $0.00 |

* The above balances correspond to the service charge cycle for this account.

## *Other Credits (+)*                                                    Account: ▉3419

| Date | Amount | Description |
|---|---|---|
| 05/12 | 28,162.20 ✓ | INTERNET TFR FRM CHECKING  051214 01893153370 |
| 05/12 | 72.00 [1] | EXTENDED OVERDRAFT FEE REFUND |
| 05/14 | 1,465.52 ✓ | INTERNET TFR FRM CHECKING  051414 01893153370 |

## *Checks (−)*                                                          Account: ▉3419

| Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| 05/12 | 3,521.70 | 200000 | | 05/12 | 4,189.70 | 200003 |
| 05/12 | 2,981.46 | 200001 | | 05/12 | 5,851.11 | 200004 |
| 05/12 | 7,686.44 | 200002 | | 05/13 | 3,931.90 | 200005 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (−)*                                                    Account: ▉3419

| Date | Amount | Description |
|---|---|---|
| 05/13 | 1,429.52 | NON-PIN PURCHASE TWO TECHNOLOGIE  419 SARGON WAY 02154415305 PA 5347401890491856 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ▉ ® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated. ©2014 Huntington Bancshares Incorporated.



## Service Charge Detail
Account: ████3419

| Date | Service Charge (−) | Waives and Discounts (+) | Description |
|------|--------------------|--------------------------|-------------|
| 05/12 | 36.00 | | OVERDRAFT FEE ✓ *Credited Back* |
| 05/12 | 36.00 | | OVERDRAFT FEE ✓ *Credited Back* |
| 05/14 | 36.00 | | OVERDRAFT FEE |

## Service Charge Summary
Account: ████3419

Previous Month Service Charges (−)    $0.00
Other Charges (-)                    108.00
Total Service Charges (−)           $108.00 — *72.00 Credit = $36.00*

## Balance Activity
Account: ████3419



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/30 | 0.00 | 05/13 | 1,429.52- | | |
| 05/12 | 3,931.80 | 05/14 | 0.00 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

████3419    01 03 000 00 N N N  EMT5 01 025 025    00372          013562                44636

**MONTHLY CASH STATEMENT - PERIOD ENDING 05/31/14 - CASE #: 14-52934**

Tax Account  (acct ending in 3406)

| | | | Checking Account beginning Balance (Item A) | Receipts (Item B) | Disbursement Amount (Item D) |
|---|---|---|---|---|---|
| | | | $          - | | |

| Transaction Type / Number | Date | Cash Receivable: | | | |
|---|---|---|---|---|---|
| Transfer | 14-May-14 | Transfer from General Account | | $    12,596.44 | |
| Transfer | 27-May-14 | Transfer from General Account | | $    5,623.89 | |
| Transfer | 27-May-14 | Transfer from General Account | | $    1,503.70 | |
| Transfer | 27-May-14 | Transfer from General Account | | $    1,118.21 | |
| Transfer | 27-May-14 | Transfer from General Account | | $    229.92 | |
| | | Total Receipts: (Item C) | | $    21,072.16 | |

| Check # | Check Date | Check Payable: | | | |
|---|---|---|---|---|---|
| On line payment | 28-May-14 | IRS Taxes (941) | | | $    12,596.44 |
| On line payment | 28-May-14 | Columbus City Income Tax | | | $    1,118.21 |
| On line payment | 29-May-14 | Great-West Trust Payment | | | $    5,623.89 |
| On line payment | 29-May-14 | State of Ohio Taxes | | | $    1,503.70 |
| On line payment | 29-May-14 | State of Ohio School District Taxes | | | $    229.92 |
| | | Total Disbursements: (Item D) | | | $    21,072.16 |
| | | **Ending Balance (ITEM C - D):** | | | **$          -** |

**Huntington**

AMT MACHINE SYSTEMS, LTD
CASE NO. 14-52934 TAX ACCOUNT
868 FREEWAY DR N
COLUMBUS OH 43229-5420

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## Huntington Community Business Checking   Account: ███3406

| Statement Activity From: 05/01/14 to 05/31/14 | | Beginning Balance | $0.00 |
|---|---|---|---|
| | | Credits (+) | 21,072.16 |
| Days in Statement Period | 31 | Other Credits | 21,072.16 |
| | | Debits (−) | 21,072.16 |
| | | Electronic Withdrawals | 21,072.16 |
| Average Ledger Balance* | 5,823.73 | Total Service Charges (−) | 0.00 |
| Average Collected Balance* | 5,823.73 | Ending Balance | $0.00 |

* The above balances correspond to the service charge cycle for this account.

## Other Credits (+)   Account: ███3406

| Date | Amount | Description |
|---|---|---|
| 05/14 | 12,596.44 | INTERNET TFR FRM CHECKING  051414 01893153370 |
| 05/27 | 5,623.89 | INTERNET TFR FRM CHECKING  052714 01893153370 |
| 05/27 | 1,503.70 | INTERNET TFR FRM CHECKING  052714 01893153370 |
| 05/27 | 1,118.21 | INTERNET TFR FRM CHECKING  052714 01893153370 |
| 05/27 | 229.92 | INTERNET TFR FRM CHECKING  052714 01893153370 |

## Other Debits (−)   Account: ███3406

| Date | Amount | Description |
|---|---|---|
| 05/28 | 12,596.44 | IRS USATAXPYMT  052814 220454852960036 |
| 05/28 | 1,118.21 | COL IN TAX INTERNET  140527 043000092450316 |
| 05/29 | 5,623.89 | GREAT-WEST TRUST PAYMENTS  708173216026 |
| 05/29 | 1,503.70 | 8011OHIO-TAXOEWH OH WH TAX  OBG 000000043279934 |
| 05/29 | 229.92 | 8006OHIO-TAXOSWH OH SDWH TX  OBG 000000043279269 |

## Service Charge Summary   Account: ███3406

| Previous Month Service Charges (−) | $0.00 |
|---|---|
| Total Service Charges (−) | $0.00 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.   ⬜® and Huntington ® are federally registered service marks of Huntington Bancshares Incorporated.  ©2014 Huntington Bancshares Incorporated.



# CASH REPORT
## (Based upon a consolidated accounting of all D-I-P Accounts)

CASE NAME:    AMT Machine Systems, Ltd.

CASE NUMBER:  14-52934

MONTH AND YEAR:    MAY 2014

| | | |
|---|---|---|
| Beginning Cash balance (ie: ending balance from previous report): | $ | 37,266.69 |
| Add:  All cash receipts for the month (do not include transfers between accounts | $ | 50,823.15 |
| Deduct:  all disbursements for the month (do not include Transfers between accounts | $ | 73,821.30 |
| NET CASH FLOW (Receipts minus disbursements) | $ | (22,998.15) |
| Ending cash balance (ie next months' beginning balance) | $ | 14,268.54 |

REPORT OF UNPAID DELINQUENT POST PETITION TAXES:

List all unpaid tax obligations which have accrued after the date of filing
(i.e. delinquent), but have, in fact, not been timely paid.
DO NOT LIST ANY PREPETITION TAX OBLIGATIONS                None deliquent - all taxes paid

## FORM 5A

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**
Period Ending:

Case No: 14-52934

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name: **AMT Machine Systems**

Capacity:
- ✓ Shareholder
- _____ Officer
- _____ Director
- ✓ Insider

Detailed Description of Duties: _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | ✓ See Attached Schedule of Payments |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | _____ | | _____ |
| Life Insurance | _____ | | _____ |
| Retirement | _____ | | _____ |
| Company Vehicle | _____ | | _____ |
| Entertainment | _____ | | _____ |
| Travel | _____ | | _____ |
| Other Benefits | _____ | | _____ |
| Total Benefits | _____ | | _____ |

See Attached Payments

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | _____ | | _____ |
| Loans | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Total Other Payments | _____ | | _____ |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|

Dated: 6/17/2014

Principal, Officer, Director, or Insider

Form 6

**MONTHLY STATEMENT OF INSIDER COMPENSATION / PAYMENTS**
**PERIOD ENDING:   05/31/14**

CASE:   14-52934

| | Brian K Ribble (insider - son of Eric Ribble - Vice President / Shareholder | Denise A Courter (shareholder | Dennis R Pugh (shareholder - brother to Tom Pugh | Eric A. Ribble (shareholder - vice president - officer) | TOTAL |
|---|---|---|---|---|---|
| Total Gross Pay | 5,583.33 | 5,250.00 | 10,833.33 | 10,000.00 | 31,666.66 |
| **Deductions from Gross Pay** | | | | | |
| 125-Health Ir | -2.29 | -4.65 | -562.72 | -4.46 | -574.12 |
| 401(k) Emp. | -558.33 | 0.00 | 0.00 | -1,500.00 | -2,058.33 |
| Flexible Sper | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Flexible Sper | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Flexible Sper | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Deductions from Gro | -560.62 | -4.65 | -562.72 | -1,504.46 | -2,632.45 |
| **Adjusted Gross Pay** | 5,022.71 | 5,245.35 | 10,270.61 | 8,495.54 | 29,034.21 |
| **Taxes Withheld** | | | | | |
| Federal Withholding | -781.00 | -556.00 | -604.00 | -1,175.00 | -3,116.00 |
| Medicare Employee | -80.92 | -76.06 | -157.09 | -144.93 | -459.00 |
| Social Security Employee | -346.03 | -325.21 | -671.66 | -619.72 | -1,962.62 |
| OH - Withholding | -153.53 | -155.98 | -429.35 | -306.22 | -1,045.08 |
| Columbus City Tax | -139.53 | -131.13 | -270.83 | -249.89 | -791.38 |
| SD #2101 | 0.00 | 0.00 | -81.25 | 0.00 | -81.25 |
| SD #2306 | 0.00 | 0.00 | 0.00 | -148.67 | -148.67 |
| **Total Taxes Withheld** | -1,501.01 | -1,244.38 | -2,214.18 | -2,644.43 | -7,604.00 |
| **Deductions from Net Pay** | | | | | |
| DAC - Employee Loan Rep | 0.00 | -1,019.52 | 0.00 | 0.00 | -1,019.52 |
| DRP - Employee Loan Rep | 0.00 | 0.00 | -932.71 | 0.00 | -932.71 |
| Total Deductions from Net Pay | 0.00 | -1,019.52 | -932.71 | 0.00 | -1,952.23 |
| **Net Pay** | 3,521.70 | 0.00   2,981.45 | 7,123.72 | 5,851.11 | 19,477.98 |
| **Employer Taxes and Contributions paid by company:** | | | | | |
| Federal Unemployment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Medicare Company | 80.92 | 76.06 | 157.09 | 144.93 | 459.00 |
| Social Security Company | 346.03 | 325.21 | 671.66 | 619.72 | 1,962.62 |
| OH - Unemployment Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Health/Vision Insurance | 443.90 | 453.89 | 813.44 | 441.73 | 2,152.96 |
| Life Insurance: | 11.72 | 11.72 | 11.72 | 11.72 | 46.88 |
| 401(k) Co. Match by employer | 223.33 | 0.00 | 0.00 | 400.00 | 623.33 |
| **Total Employer Taxes and Contributions** | 1,105.90 | 866.88 | 1,653.91 | 1,618.10 | 5,244.79 |

FORM 6

# SCHEDULE OF IN-FORCE Insurance

## Period Ending:    05/31/2014

Case Name:    AMT Machine Systems                    CASE NUMBER:  14-52934

| Insurance Type: | Carrier | Expiration Date |
|---|---|---|
| Worker's Compensation: | State of Ohio | 08/31/2014 |
| General Business Policy: | Federal Insurance Co. / Chubb Insurance | 07/31/2014 |

FORM 7



**Bureau of Workers' Compensation**

30 W. Spring St.
Columbus, OH 43215

## Certificate of Premium Payment

This certifies the employer listed below has paid into the Ohio State Insurance Fund as required by law. Therefore, the employer is entitled to the rights and benefits of the fund for the period specified. For more information, call 1-800-OHIOBWC.

This certificate must be conspicuously posted.

Policy No. and Employer

844826

Period Specified Below

04/15/2014 Thru 08/31/2014

AMT MACHINE SYSTEMS LTD
868 FREEWAY DR N
COLUMBUS, OH 43229-5420

ohiobwc.com

*Stephen Buehrer*
Administrator/CEO

You can reproduce this certificate as needed.

---

## Ohio Bureau of Workers' Compensation

## Required Posting

Effective Oct. 13, 2004, Section 4123.54 of the Ohio Revised Code requires notice of rebuttable presumption. Rebuttable presumption means an employee may dispute or prove untrue the presumption (or belief) that alcohol or a controlled substance not prescribed by the employee's physician is the proximate cause (main reason) of the work-related injury.

The burden of proof is on the employee to prove the presence of alcohol or a controlled substance was not the proximate cause of the work-related injury. An employee who tests positive or refuses to submit to chemical testing may be disqualified for compensation and benefits under the Workers' Compensation Act.

**Ohio** Bureau of Workers' Compensation

You must post this language with the certificate of premium payment.

**DP-29** BWC-1629 7/7/08

*Customarq Series*
*Customarq Classic Insurance Program*

*Premium Bill*

| | |
|---|---|
| *Policy Period* | AUGUST 1, 2013   TO   AUGUST 1, 2014 |
| *Effective Date* | AUGUST 1, 2013 |
| *Policy Number* | 3589-51-15 ECE |
| *Insured* | AMT MACHINE SYSTEMS, LTD |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | MAY 14, 2013 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is      $ 91.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| *Date Payment Due* | *Premium* |
|---|---|
| AUGUST 1, 2013 | $ 1,979.50 |
| NOVEMBER 1, 2013 | $ 1,979.50 |
| FEBRUARY 1, 2014 | $ 1,979.50 |
| MAY 1, 2014 | $ 1,979.50 |
| *TOTAL* | $ 7,918.00 |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

Producer:
HMS INSURANCE ASSOCIATES, INC.
P.O. BOX 1750
COCKEYSVILLE, MD 21030-0000

**Reference Copy**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2014, a copy of the foregoing TRANSMITTAL OF FINANCIAL REPORTS AND CERTIFICATION OF COMPLIANCE WITH UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR THE PERIOD ENDING MAY 31, 2014, was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- Asst US Trustee (Col)
- Brian M Gianangeli
- Lawrence Hackett
- Marilyn McConnell
- Richard G Murray

and by **ordinary U.S. Mail** addressed to the twenty largest unsecured creditors and those other parties requesting notice as set forth on the attached mailing matrix.

    /s/   James A. Coutinho
James A. Coutinho (0082430)

2

AMT Machine Systems, Ltd.
868 Freeway Drive North
Columbus, Ohio 43229

Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

ADL Technology Inc.
2727 Scioto Parkway
Columbus, OH 43221

Advance CNC Machining
aka Advance Apex, Inc.
2375 Harrisburg Pike
Grove City, OH 43123

Anthem Blue Cross Blue Shield
PO Box 105673
Atlanta, GA 30348-5673

Anthony Bonina
674 Colony Drive
Westerville, OH 43081

Anthony O. Mancuso, Esq.
135 N. Hamilton Rd.
Gahanna, OH 43230

Bank of America (Platinum Plus)
PO Box 15463
Wilmington, DE 19850-5463

Bucci Industries USA, Inc.
9332 Forsyth Park Drive
Charlotte, NC 28273

Cisco, Inc.
1702 Townhurst Drive
Houston, TX 77043

Dayton Machine Tool
1314 Webster Street
Dayton, OH 45404

Edge Technologies
11600 Adie Rd.
St. Louis, MO 63043

George Morris
1810 Stemwood Drive
Columbus, OH 43228

Joseph A. Jezerinac
2152 N. Commonwealth Avenue
Apartment 1
Los Angeles, CA 90027

Joseph Bioty
519 Deer Run Court
Westerville, OH 43081

Kemp, Schaeffer, & Rowe Co.
ATTN: Richard G. Murray, II
88 West Mound Street
Columbus, OH 43215

Keybank
P.O. Box 6040
Cleveland, OH 44185

Lockrey Manufacturing
203 Matzinger Road
Toledo, OH 43612

Machine Tool Network
3650 James Street
Room 07
Syracuse, NY 13206

Motion Technologies Co.
1205 Chesapeake Ave.
Columbus, OH 43212

Ohio Department of Development
ATTN: Loan Servicing
77 South High Street 28th Floor
Columbus, OH 43215

Ohio Department of Development
ATTN: Loan Servicing
P.O. Box 1001
Columbus, OH 43216

R&H Products of PR
Ceiba Industrial Park
CARR #978 KM 0.8
Ceiba, PR 00735-3030

Thomas Bihari
6966 Eastview Drive
Worthington, OH 43085

Thomas F. Pugh
3547 Lakeshore Drive
Kingsport, TN 37663

Thomas M. Walliser
1356 Donwalter Lane
Columbus, OH 43235

Timothy M. Sullivan, Esq.
25651 Detroit Road
Suite 203
Westlake, OH 44145

William Tullos
3297 North County Road 605
Sunbury, OH 43074