**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 14-52934 |
|    AMT Machine Systems, Ltd. | : | Chapter 11 |
| | : | |
|    Debtor. | : | Judge Hoffman |

## MOTION OF DEBTOR TO DISMISS CASE

AMT Machine Systems, Ltd., the Debtor and Debtor in Possession (the "Debtor"), moves the Court for an Order dismissing the above-captioned bankruptcy case for cause, pursuant to 11 U.S.C. 1112(b). A memorandum in support follows.

                          Respectfully submitted,

                          /s/ Myron N. Terlecky
                          Myron N. Terlecky (0018628)
                          Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
                          575 South Third Street
                          Columbus, Ohio 43215-5759
                          T: (614) 228-6345    F: (614) 228-6369
                          mnt@columbuslawyer.net
                          Attorneys for the Debtor in Possession

**MEMORANDUM IN SUPPORT**

**BACKGROUND INFORMATION**

1. On April 25, 2013 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtor is operating its business and managing its affairs as debtor in possession. A creditors committee has been appointed in this case.

3. The Debtor has been in operation since July, 1996. It is an Ohio Limited Liability Company with 27 members.

4. The Debtor's business derived from its development of breakthrough technology in the field of intelligent motion-control motors. The Debtor's predecessor company, AMT Systems Engineering, Inc., worked in the late 1980s to develop a robotic walking vehicle for the U.S. Government. The Debtor capitalized on the inventions of its predecessor, finding multiple applications for the technology in embedded robotics for complex machinery.

5. The Debtor's primary business development was in the field of machine tools. A machine tool is a machine used for shaping or machining metal or other materials into smaller, refined parts. The machine tool developed by the Debtor was a type of "screw machine." Screw machines operate by attaching the subject material—a piece of metal to be formed into a part—to a spindle. The spindle rotates at high speeds while a cutting tool is held against the metal workpiece to shape it through cutting, boring, grinding, shearing or other forms of deformation.

6. Traditional screw machines were controlled by hand via hand wheels or levers, with humans guiding the cutting tools against the spinning material. More advanced machinery is automated by computer through a process called numerical control. Computer Numerical

Control, or CNC, is the process through which the operation of machine tools is automated by precisely programmed commands from a control system. Using this technology, the Debtor has developed a state-of-the-art control system that is highly scalable for multiple applications.

7. The primary product developed by the Debtor was the CNC-based single spindle screw machine called the "ServoCam." The production of the ServoCam product involves the development and manufacturing of two distinct subsystems: the mechanical components of the machine ("Mechanical Systems"), which consists of the machine enclosure and physical parts of the machine, and the CNC system for the machines ("Control Systems"), including the computer systems, programming interface and intelligent motors. In addition to the development and sales of ServoCam systems, the Debtor maintains ongoing support for the ServoCam customer base. The installed machine base of over 800 machines represents approximately $25 million in equipment, and 250 of the machines are located in Ohio. The Debtor's Control System team is indispensable for keeping the ServoCam CNC controls functioning on the installed machine base.

8. While the ServoCam product line was successful, the Debtor found that there were certain industries and applications where more advanced machine tools were needed. To that end, in January 2013, the Debtor entered into a Master Distributor Agreement (the "Distributor Agreement") with Lico Machinery, Ltd., a Taiwan ROC Limited Liability Company (the "Lico Manufacturer") to become the exclusive U.S. master distributor for CNC Screw Machines manufactured by the Lico Manufacturer. The Distributor Agreement allowed the Debtor to add to its product offering two Lico machines that had capabilities beyond those of the ServoCam line. This new arrangement was intended to greatly supplement the Debtor's income.

9. Aside from the development and sales of CNC-based screw machines, the Debtor earns revenue through various engineering consulting services and client services. The Debtor is party to an intelligent motor development contract with the Electromechanical Automation Division of Parker-Hannifin Corporation ("Parker-Hannifin"), which products will be used in various military applications. The Debtor is also involved in the ongoing maintenance and support of client-installed Control Systems.

10. In 2013, a series of adverse events left the Debtor with insufficient operating capital to fund operations. In particular, two consecutive quarters of exceptionally low ServoCam bookings, a half-million dollar ServoCam order cancellation, and a slower-than-expected ramp-up in Lico sales left the company with insufficient operating capital to pay vendors and purchase inventory for new ServoCam orders. The Debtor was barely able to fulfill pre-paid orders for ServoCam products. At the end of January, 2014, due to cash flow issues, the Debtor was forced to lay off production and sales/marketing personnel. Despite the staffing reductions, the Debtor was able to keep its engineering team intact, enabling it to continue its intelligent-motor development activities with Parker-Hannifin and other engineering consulting activities.

11. Because of cash flow issues, on or about April 9, 2014, the Debtor sold the Mechanical Systems portion of the ServoCam product line, including the associated trademarks, products and services to an entity called Advanced Machinery Solutions, LLC ("AMS"). Through the sale of the Mechanical Systems product line to AMS, the Debtor attempted to refocus its business on the engineering portion of its venture: intelligent motor development and Control System development. As part of its agreement with AMS, the Debtor had been retained as the exclusive supplier for all Control System products and services related to the Mechanical Systems produced by AMS.

12. Moreover, in early 2014, the Lico Manufacturer determined that the Debtor was in breach of the Distributor Agreement and terminated it due to slow sales and solvency issues. Effective February 14, 2014, the Debtor assigned whatever interest it had in the Distributor Agreement to AMS and entered into a sublease arrangement at the facility in which the Debtor operates its business. The Debtor also assigned a lease for a forklift to AMS. Under that agreement, the Debtor is entitled for a period of time to a finder's fee for the sale of any Lico machines through the Distributor Agreement which come from the Debtor's current set of sales contacts.

13. The Debtor filed this Chapter 11 proceeding in order to reorganize its financial affairs, preserve the going concern value of its assets, and to provide a substantive and procedural mechanism for the realization of that value, so as to maximize the value of its assets for the benefit of all parties in interest.

14. Recently AMS advised the Debtor that it decided against continuing to manufacture ServoCam equipment. This decision eliminated the Debtor's projected revenues from the sale of control systems to AMS which was projected to be about a third of the total projected gross profits. Without the additional component purchase volume from manufacturing, AMT has determined that it is not economically feasible to continue to provide ServoCam service. The ServoCam service was approximately one-third (1/3) of AMT's projected gross profit.

15. The final situation that occurred that led to the decision to file this Motion is that the near term contract with Parker-Hannifin to provide it with intelligent motor technology to then be provided to its customer, a defense contractor. The contract between the Debtor and Parker-Hannifin has been delayed due to protracted procurement negotiations between Parker-

Hannifin and its customer. As a result of these three factors, AMT is no longer able to remain viable as a going concern.

**LAW AND ARGUMENT**

    1.    <u>Legal Standards for Determining pursuant to §1112(b) of the Bankruptcy Code</u>

Section 1112(b) of the Bankruptcy Code, as amended, sets forth the requirements for determining cause for dismissal:

> Except as provided in paragraph (2) of this subsection, subsection (c) of this section, and section 1104(a)(3), on request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested conversion or dismissal is not in the best interest of creditors and the estate, the court <u>shall</u> convert a case under this chapter to a case under chapter 7 or <u>dismiss</u> a case under this chapter, whichever is in the best interests of creditors and the estate, <u>if the movant establishes cause</u>. (emphasis added).

11 U.S.C. §1112(b)(1). Thus, the Debtor must establish cause for dismissal of a chapter 11 case. The definition of "cause" for purposes of 11 U.S.C. §1112(b) is not limited to the specific circumstances enumerated in subsection (4) of 11 U.S.C. §1112(b). <u>Hatcher v. U.S. Trustee (In re Hatcher)</u>, 218 B.R. 441, 448 (BAP 8th Cir. 1998).

Prior to the amendments promulgated by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 ("BAPCPA"), approval of a motion to convert or dismiss a case under 11 U.S.C. §1112 was discretionary. <u>In re Emergystat of Sulligent, Inc.</u>, 2008 WL 597613 (Bankr.E.D.Tenn. 2008) (citing <u>In re Gateway Access Solutions, Inc.</u>, 374 B.R. 556 (Bankr.M.D.Pa. 2007)). The pre-BAPCPA Code provided that a court "*may* dismiss a case…" upon such a motion. <u>11 U.S.C. § 1112(b)</u> (prior to 2005 amendments) (emphasis added). The BAPCPA amendments to 11 U.S.C. §1112 changed the statutory language from permissive to

mandatory. In re Emergystat, 2008 WL 597613 at *5. Accordingly, this Court must dismiss a case if the appropriate factors are met.

    2.    <u>Dismissal is in the best interest of creditors</u>

As opposed to the conversion of this case which would result in the appointment of a Chapter 7 Trustee with the attendant fees and expenses and recognizing based upon the operating report that was filed for the period ending July 31, 2014 (Doc. 66), there are accrued post-petition obligations owed to employees totaling in excess of $82,000.00. The liquidation value of the assets would be less than the total post-petition obligations owed. As a result, any conversion would result in no funds available to pay any unsecured creditors, with all proceeds paying administrative claims.

While the Debtor availed it of the jurisdiction of this Court, it was done so in an effort to reorganize the obligations. As a result of the loss of business as detailed above, the Debtor does not have the ability to propose a confirmable plan.

## **CONCLUSION**

Based upon the foregoing, it is respectfully requested that the Court dismiss this Chapter 11 proceeding, and that the Court grant such other and further relief as is appropriate.

    Respectfully submitted,

    /s/ Myron N. Terlecky
    Myron N. Terlecky (0018628)
    Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
    575 South Third Street
    Columbus, Ohio 43215-5759
    T: (614) 228-6345    F: (614) 228-6369
    mnt@columbuslawyer.net
    Attorneys for the Debtor in Possession

## NOTICE OF MOTION OF DEBTOR TO DISMISS CASE
## AND CERTIFICATE OF SERVICE

The Debtor and Debtor in Possession have filed a Motion to Dismiss the case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee | Myron N. Terlecky, Esq. |
| 170 North High Street, Suite 200 | Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA |
| Columbus, Ohio 43215 | 575 South Third Street |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2014, a copy of the foregoing MOTION OF DEBTOR TO DISMISS CASE was served on the following registered ECF participants, **electronically** through the court's ECF system at the email address registered with the court:

- Allen B Aimar
- Asst US Trustee (Col)
- Brian M Gianangeli
- Lawrence Hackett
- Marilyn McConnell
- Richard G Murray

and by **ordinary U.S. Mail** addressed to the Debtor, the Office of the United States Trustee, the Creditors' Committee, and all creditors and parties in interest as set forth on the attached mailing matrix.

        /s/ Myron N. Terlecky  
        Myron N. Terlecky (0018628)

```
Label Matrix for local noticing          AMT Machine Systems, Ltd.              Advance Apex, Inc.
0648-2                                   868 Freeway Drive North                dba Advance CNC Machining
Case 2:14-bk-52934                       Columbus, OH 43229-5420                2375 Harrisburg Pike
Southern District of Ohio                                                       Grove City, OH 43123-1057
Columbus
Fri Aug 22 09:52:15 EDT 2014

A. Leonard Nusbaum                       ADL Technology Inc.                    Advance CNC Machining
7804 Blue Heron Drive West               2727 Scioto Parkway                    aka Advance Apex, Inc.
Villa #2                                 Columbus, OH 43221-4658                2375 Harrisburg Pike
Wilmington, NC 28411-7515                                                       Grove City, OH 43123-1057


Advanced Motion Controls                 Allied Electronics Inc.                American Credit Systems, Inc.
3805 Calle Tecate                        659 Lakeview Plaza Blvd.               400 West Lake Street, Ste. 111
Camarillo, CA 93012-5068                 Suite A                                PO Box 72849
                                         Worthington, OH 43085-4775             Roselle, IL 60172-0849


American Electric Power                  Anthem Blue Cross Blue Shield          Anthony Bonina
P.O. Box 24418                           PO Box 105673                          674 Colony Drive
Canton, OH 44701-4418                    Atlanta, GA 30348-5673                 Westerville, OH 43081-3622


Anthony O.Mancuso, Esq.                  Applied Machine & Motion Control       Asst US Trustee (Col)
135 N. Hamilton Rd.                      1491 Dixie Highway                     Office of the US Trustee
Gahanna, OH 43230-2601                   Park Hills, KY 41011-2835              170 North High Street
                                                                                Suite 200
                                                                                Columbus, OH 43215-2417

Atlas Butler Heating & Cooling           Automatic Production Equipment Inc.    BDI
4849 Evanswood Drive                     815 Touhy Ave.                         1171 West Goodale Blvd.
Columbus, OH 43229-6206                  Elk Grove Village, IL 60007-4900       Columbus, OH 43212-3730


Bank of America (Platinum Plus)          Brandon Curry                          Brannigan Family Living Trust
PO Box 15463                             215 Wagner Avenue                      2204 Honeytree Court
Wilmington, DE 19850-5463                Baltimore, OH 43105-1347               Findlay, OH 45840-7441


Brian Ribble                             Bucci Industries USA, Inc.             Cisco, Inc.
6154 Albany Way Drive                    9332 Forsyth Park Drive                1702 Townhurst Drive
Westerville, OH 43081-9306               Charlotte, NC 28273-3888               Houston, TX 77043-2811


(p)COLUMBIA GAS                          Columbus City Treasurer                Columbus Fasteners Corporation Inc.
ATTN REVENUE RECOVERY                    Income Tax Division                    1150 Chesapeake Avenue
200 CIVIC CENTER DR 11TH FLOOR           77 N. Front Street 2nd Floor           Columbus, OH 43212-2237
COLUMBUS OH 43215-4157                   Columbus, OH 43215-1895


Consorsium                               Credit Mediators, Inc.                 Custom Metal Products
c/o Walter Doyle                         PO Box 456                             5037 Babbitt Rd.
1970 Jewett Road                         Upper Darby, PA 19082-0456             New Albany, OH 43054-8301
Powell, OH 43065-9834
```

David W. Ferguson
3115 Reynoldsburg- New Albany Rd
New Albany, OH 43054-8546

Dayton Machine Tool
1314 Webster Street
Dayton, OH 45404-1568

Denise A. Courter
5828 Houchard Road
Dublin, OH 43016-8816

Dennis D. Cech
32706 Lake Road
Avon Lake, OH 44012-1665

Dennis R. Pugh
1769 Renee Court
Galena, OH 43021-9672

Dial Machine Service
38 S. Beckel Street
Dayton, OH 45403-1828

Digi-Key Corporation
701 Brooks Avenue South
PO Box 677
Thief River Falls, MN 56701-0677

Dustin G. Johnson
791 Bruck Street
Columbus, OH 43206-2201

Edge Technologies, Div of Hydromat, Inc.
Kevin Meehan
Hydromat, Inc.
11600 Adie Rd.
Maryland Heights, MO 63043-3510

Elizabeth B. Shook
Trustee of E.B. Shook Rev Living Trust
5118 Postlewaite Road
Columbus, OH 43235-3450

Elledge Gasket
Division of Rubbertec Inc.
7850 Commerce Court
Lewis Center, OH 43035

Eric A. Ribble
13235 Basil Road NW
Baltimore, OH 43105-9663

Eric Roy
Roy Financial Services LLC
5626 Loch More Court
Dublin, OH 43017-9621

Essentra Components
2265 Black Creek Road
Muskegon, MI 49444-2673

FIA Card Services
PO Box 15710
Wilmington, DE 19886-5710

Forest Capital LLC
8234 Glencullen Court
Dublin, OH 43017-8637

Frank W. Magalski
769 Curleys Court
Columbus, OH 43235-2161

Gardner Publications
6915 Valley Avenue
Cincinnati, OH 45244-3153

Genovese Mfg Company Inc.
P.O. Box 2112
100 Franklin Street
Bristol, CT 06010-1403

George Morris
1810 Stemwood Drive
Columbus, OH 43228-9716

Global/Spec, Inc.
30 Tech Valley Drive
East Greenbush, NY 12061-4112

GlobalSpec Inc.
PO Box 673995
Detroit, MI 48267-3995

Great West Retirement Services
8515 E. Orchard Road
4T2
Greenwood Village, CO 80111-5002

Gregory J. Knight
12990 Snyder Church Road
Baltimore, OH 43105-9467

HHH CPA Group, LLC
1250 Henderson Rd.
Columbus, OH 43220

Hardbox Corporation
11449 Lebanon Road
Rear Building B
Cincinnati, OH 45241-4206

Howard Ubert
6425 Meadowbrook Drive
Worthington, OH 43085-2864

Huntington Bank
Shell Harmon- Corporate Trust
7 Easton Oval- EA4E63
Columbus, OH 43219-6010

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

James Nivens
7329 Pinecrest Drive
Blacklick, OH 43004-8366

James Wagoner
8012 Pelham Drive
Cleveland, OH 44129-4425

Jason Greenwalt, Accounting Manager
Bucci Industries USA, Inc.
9332 Forsyth Park Dr
Charlotte, NC 28273-3888

Joel Gregory
24416 249th Avenue S.E.
Maple Valley, WA 98038-8219

John C. Beeler
414 N. Drexel Avenue
Columbus, OH 43209-1044

Joseph A. Jezerinac
2152 N. Commonwealth Avenue
Apartment 1
Los Angeles, CA 90027-2157

Joseph Bioty
519 Deer Run Court
Westerville, OH 43081-3278

Kemp, Schaeffer, & Rowe Co., L.P.A.
ATTN: Richard G. Murray, II
88 West Mound Street
Columbus, OH 43215-5084

Kenneth B. Waldron
101 Alma Street
Apt. 903
Palo Alto, CA 94301-1011

Kevin Meehan, General Manager
Edge Technologies
11600 Adie Rd
Maryland Heights, MO 63043-3510

Keybank
P.O. Box 6040
Cleveland, OH 44101

LIPOCO Enterprises, Inc.
235 E. Gardena Blvd.
Gardena, CA 90248-2800

Lester Detterbeck Enterprises Ltd.
3390 US #2 East
Iron River, MI 49935

Lico Machinery Co. Ltd
1666 Chungshan Road
Shenkan District, Taichung, 42955
TAIWAN

Lockrey Manufacturing
203 Matzinger Road
Toledo, OH 43612-2624

MSC Industrial Supply Company Inc.
PO Box 9101
Plainview, NY 11803-9001

Machine Tool Network
3650 James Street
Room 07
Syracuse, NY 13206-2579

Mark F. Taggart Co. AMO
942 A Freeway Drive North
Columbus, OH 43229

Mark Makulinski
203 Matzinger Road
Toledo, OH 43612-2624

McMaster-Carr Supply
200 Aurora Industrial Parkway
Aurora, OH 44202-8090

McMaster-Carr Supply Company
PO Box 94930
Cleveland, OH 44101-4930

McNaughton-McKay
2255 City Gate Drive
Columbus, OH 43219-3567

McNaughton_McKay Electric-Amy Trevino
355 Tomahawk
Maumee, OH 43537-1748

Mirjana R. Gearhart
769 Curleys Court
Columbus, OH 43235-2161

Motion Industries
P.O. Box 1477
Birmingham, AL 35201-1477

Motion Industries Inc.
1666 Integrity Drive
Columbus, OH 43209-2789

Motion Technologies Co.
1205 Chesapeake Ave.
Columbus, OH 43212-2238

Nestor A. Rivera
R & H Products of PR, Inc.
Ceiba Industrial Park
CARR #978KM0.8
Ceiba, PR 00735-3030

Newark Electronics Inc.
PO Box 94152
Palatine, IL 60094-4152

Ohio Attorney General
Collections Enforcement Section
150 E. Gay Street, 21st Floor
Columbus, OH 43215-3191

Ohio Department of Development
ATTN: Loan Servicing
77 South High Street 28th Floor
Columbus, OH 43215-6108

| | | |
|---|---|---|
| Ohio Department of Development<br>ATTN: Loan Servicing<br>P.O. Box 1001<br>Columbus, OH 43216-1001 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P. O. Box 530<br>Columbus, OH 43266-0030 | Ohio Department of Taxation<br>PO Box 347<br>Columbus, OH 43216-0347 |
| Ohio Transport Corporation Inc.<br>5593 Hamilton- Middletown Road<br>Middletown, OH 45044-9703 | Porter Wright Morris & Arthur<br>41 South High Street<br>Columbus, OH 43215-6194 | Porter, Wright, Morris & Arthur LLP<br>41 South High Street, 31st Floor<br>Columbus, OH 43215-6109<br>Attn: Jack R. Pigman, Esq. |
| R&H Products of PR<br>Ceiba Industrial Park<br>CARR #978 KM 0.8<br>Ceiba, PR 00735-3030 | Raka Corporation<br>203 Matzinger Road<br>Toledo, OH 43612-2624 | Rilco, Inc.<br>5012 Calvert Street<br>Cincinnati, OH 45209-1076 |
| Rockford Ball Screw Co.<br>940 Southrock Drive<br>Rockford, IL 61102-4299 | Ronald W. Ventola<br>16270 Yankeetown Pike<br>Mount Sterling, OH 43143-9539 | Sam Schulhof<br>672 Harbor Creek Place<br>Charleston, SC 29412-3203 |
| School District Income Tax Division<br>Treasurer of State of Ohio<br>School District Income Tax Division<br>Columbus, OH 43215 | Specialty Nameplate Corporation<br>ER Extended Resources LLC<br>4670 Groves Road<br>Columbus, OH 43232-4164 | Standley Law Group<br>6300 Riverside Drive<br>Dublin, OH 43017-5043 |
| Standley Law Group LLP<br>Trisha Beachy Bryant<br>6300 Riverside Drive<br>Dublin, OH 43017-5043 | Taratec Corporation<br>4605 Morse Road<br>Gahanna, OH 43230-7300 | Thal-Mor Associates<br>3232 Encrete Lane<br>Dayton, OH 45439-1998 |
| Thomas Bihari<br>6966 Eastview Drive<br>Worthington, OH 43085-2307 | Thomas F. Pugh<br>3547 Lakeshore Drive<br>Kingsport, TN 37663-3372 | Thomas M. Walliser<br>1356 Donwalter Lane<br>Worthington, OH 43235-5112 |
| Timothy M. Sullivan, Esq.<br>25651 Detroit Road<br>Suite 203<br>Westlake, OH 44145-2415 | U. S. Attorney<br>303 Marconi Blvd. Ste 200<br>Columbus, OH 43215-2326 | U. S. Attorney General<br>Main Justice Building, Rm. 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 |
| Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085-8311 | Verizon Wireless<br>Operations Support<br>PO Box 9058<br>Dublin, OH 43017-0958 | Vincent Vohnout<br>3448 Trabue Road<br>Columbus, OH 43204-3667 |
| Walter J. Doyle<br>1970 Jewett Rd.<br>Powell, OH 43065-9834 | William Tullos<br>3297 North County Road 605<br>Sunbury, OH 43074-8323 | Williams Controls Inc.<br>14100 SW 72nd Avenue<br>Portland, OR 97224-8095 |

```
Win Systems Inc.                  YDT Sinclair Road, LLC           Myron N Terlecky
715 Stadium Drive                 942 A Freeway Drive North        575 S Third St
Jeff Childs                       Columbus, OH 43229               Columbus, OH 43215-5755
Arlington, TX 76011-6225
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Columbia Gas of Ohio
PO Box 742510
Cincinnati, OH 45274-2510
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ohio Developmental Services Agency     (u)Ohio Power Company              (d)Myron N Terlecky
                                                                             575 S Third Street
                                                                             Columbus, OH 43215-5755


(d)William Tullos                         End of Label Matrix
3297 North County Road 605                Mailable recipients    122
Sunbury, OH 43074-8323                    Bypassed recipients      4
                                          Total                  126
```