UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | |
| | : | Case No. 14-52934 |
| AMT Machine Systems, Ltd. | : | Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| Debtor. | : | |

**TRIANGLE COMMERCIAL PROPERTIES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM**

Triangle Commercial Properties, LLC ("Triangle"), by and through its undersigned counsel, hereby files this Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim. In support hereof, Triangle respectfully states as follows:

1. On April 25, 2014, the Debtor AMT Machine Systems, Ltd. (the "Debtor") filed for bankruptcy relief under Chapter 11 of the Bankruptcy Code.

2. On June 27, 2014, the Debtor entered into a certain Commercial Lease Agreement (the "Lease") pursuant to which Triangle leased to Debtor a certain premises commonly referred to as 6155 Huntley Road, Columbus, Ohio, 43229, Suite N (the "Premises"). A copy of the Lease is attached as Exhibit A. The Premises was leased by AMT to conduct the operation of its business. The lease commencement date was August 1, 2014.

3. On November 13, 2014, this Court entered an Agreed Order on Motion of Debtor to Dismiss Case and Converting Case pursuant to which the Court converted the Debtor's Chapter 11 case to a proceeding under Chapter 7.

4. On November 14, 2014, William B. Logan was appointed the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of the Debtor.

5. On December 9, 2014, the Trustee filed his Motion for Authority (1) to Sell Inventory, Equipment and Fixtures at an On-Line Auction Free and Clear (2) to Pay Auctioneer,

and (3) to Pay Allowed Chapter 7 Administrative Rent Claims of Landlord of Business Premises and of Storage Facility (the "Sales Motion").

6. Pursuant to the Sales Motion, the Trustee stated that the Debtor conducted its operations at the Premises. The Trustee also stated that certain inventory, office furniture and equipment were located at the Premises. The Trustee accordingly sought approval of the Court to sell the Debtor's assets pursuant to the terms and conditions set forth in the Sales Motion.

7. The Trustee also acknowledged that Triangle is the landlord of the Premises and sought authority to pay Triangle its allowed Chapter 7 administrative rent claim for the post-conversion use of the Premises.

8. On December 18, 2014, Triangle filed its Limited Objection to the Sales Motion. Pursuant to this Limited Objection, Triangle asserted certain objections to the relief sought by the Trustee in the Sales Motion.

9. On January 7, 2015, this Court approved the Agreed Order granting the Trustee's Sales Motion. The Agreed Order resolved certain issues between Triangle and the Trustee concerning the use of the Premises relating to the sale of the Debtor's assets. Those issues included payment of monthly rent/CAM, compliance with the terms and conditions of the Lease while the bankruptcy estate is in possession and use of the Premises, the Trustee's return of the Premises to Triangle and the preservation of Triangle's right to seek allowance of an administrative expense claim for the remaining obligations under the Lease (and the Trustee's right to respond to any such request).

10. The Trustee vacated the Premises and returned possession of the Facility to Triangle on or about January 31, 2015.

11. Triangle submits this Motion seeking the allowance and payment of the remaining obligations under the post-petition Lease as a Chapter 11 administrative expense claim. These obligations were previously identified in the Notice of Unpaid Debts Incurred While this Case Was Proceeding Under Chapter 11 (Dkt. No. 98) filed by the Debtor, which is attached hereto as Exhibit B. In that document, the Debtor identified the remaining base rent and common area maintenance charges as unpaid claims incurred during the pendency of the Chapter 11 case.

12. Section 503(b) of the Bankruptcy Code provides for the allowance and payment of administrative expenses for the "actual, necessary costs and expenses of preserving the estate …." 11 U.S.C. § 503(b). "For a claim to qualify as an actual and necessary administrative expense (1) the claim must arise out of a post-petition transaction between the creditor and the debtor-in-possession (or trustee) and (2) the consideration supporting the claimant's right to payment must be supplied to and beneficial to the debtor-in-possession in the operation of the business." In re Merry-Go-Round Enterprises, Inc., 180 F.3d 149, 157 (4th Cir. 1999).

13. On facts substantially similar to the instant case, the Fourth Circuit affirmed the decision of the District Court granting the landlord administrative expense priority for future rent under a post-petition lease. The Court explained its decision as follows:

> One of the main purposes behind granting administrative priority to certain expenses under *§ 503(b)(1)(A)* is to provide an incentive for creditors and landlords to continue or commence doing business with a bankrupt party. *See In re Colortex Indus. Inc. 19 F.3d 1371, 1384 (11th Cir. 1994).* If landlords … are not guaranteed to receive at least administrative priority on future rent, then they would have little incentive to enter into long-term leases with any tenant who has declared Chapter 11.

Id. at 158. The Fourth Circuit further explained:

> Tenants also benefit from giving landlords incentive to lease to insolvent parties. If landlords do not receive some assurance that their leases will be paid in full, then they will refuse to enter into leases with Chapter 11 tenants. Chapter 11 debtors-in-possession … would find then find

> themselves in the "Catch 22" situation of needing a new lease to get out of bankruptcy but being denied a new lease because they are bankrupt. As a result, many more debtors-in-possession might be forced to declare Chapter 7.

Id.

14. After examining the effect of the lease on the debtor and lessor, the Fourth Circuit found "that the future rent of the [leased] premises was an actual and necessary expense of preserving the estate and grant[ed] it administrative priority." Id. The Fourth Circuit went on to conclude that such claims are entitled to Chapter 11 administrative expense priority. Id. at 162; see also In re Lamparter Organization, Inc., 207 B.R. 48 (E.D.N.Y. 1997)(concluding that "future rent is entitled to administrative expense priority" for a long-term lease entered into with a Chapter 11 debtor in possession).

15. The subject Lease was entered into by the Debtor post-petition. The Debtor operated its business there until the Court approved the conversion of its case to Chapter 7. As explained in the Sales Motion, the Debtor's business assets were located at the Premises upon conversion.

16. Triangle was already granted Chapter 7 administrative priority for the post-conversion rent and CAM pursuant to the Agreed Order approving the Sales Motion. Those claims were paid by the Trustee pursuant to a check issued on January 15, 2015.

17. Attached hereto as Exhibit C is a copy of a Remaining Lease Obligations statement setting forth the claims that Triangle asserts as Chapter 11 administrative expense claims. The total amount of such claims is $133,612.80. Triangle is currently holding a security deposit that may be applied (pursuant to Court order) to pay a part of the remaining lease obligations.

-5-

18. As a precaution, and to the extent that AMT should file a proof of claim asserting this administrative expense claim, AMT is separately and simultaneously filing a proof of claim with this Motion.

WHEREFORE, AMT respectfully requests that this Court grant this Motion by (1) allowing Triangle a Chapter 11 administrative expense claim in the amount of $133,612.80 for the obligations set forth in Exhibit C and authorizing and directing the Trustee to pay such claims and (2) granting such other and further relief as this Court may deem just and appropriate.

Respectfully submitted,

/s/ Robert A. Bell, Jr.
Robert A. Bell, Jr. (0072780)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 E. Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-5469
rabell@vorys.com

*Attorneys for Triangle Commercial Properties, LLC*

## NOTICE OF RIGHT TO RESPOND WITHIN 21 DAYS

Triangle has filed papers with the Court seeking allowance and payment of certain claims as Chapter 11 administrative claims.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before twenty-one (21) days from the date of the mailing of this Notice, you or your attorney must:

File with the Court a written request for hearing and an objection to the Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim stating therein the basis for your objection.  This pleading must be filed at the Clerk of Courts, United States Bankruptcy Court, 170 North High Street, Columbus, OH 43215.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:

Robert A. Bell, Jr., Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008

Columbus, OH 43216-1008
United States Trustee
170 North High Street
Columbus, OH 43215

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief without further hearing or notice.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 5, 2015, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

- Allen B. Aimar — aaimar@riddellcolpa.net
- Asst US Trustee (Col) — ustpregion09.cb.ecf@usdoj.gov
- Brian M. Gianangeli — bgianangeli@mifsudlaw.com
- Jose Rafael Gonzalez — jrg@gonzalezmorales.com
- Lawrence Hackett — larry.hackett@usdoj.gov
- William B. Logan — wlogan@lnlattorneys.com
- William B. Logan — wlogan@lnlattorneys.com, wlogan@ecf.epiqsystems.com
- Marilyn McConnell — mmcconnell@aep.com, cmdoomy@aep.com, hmcharles@aep.com
- Richard G. Murray — richard@ksrlegal.com, kathy@ksrlegal.com
- Kenneth M. Richards — krichards@lnlattorneys.com
- Myron N. Terlecky — mnt@columbuslawyer.net, jlh@columbuslawyer.net
- Myron N. Terlecky — mnt@columbuslawyer.net, oh41@ecfcbis.com, mnt@trustesolutions.net, HABTrustee@columbuslawyer.net

And by regular U.S. Mail, postage prepaid, upon the following parties:

A. Leonard Nusbaum
7804 Blue Heron Drive West
Villa #2
Wilmington, NC 28411-7515

ADL Technology Inc.
2727 Scioto Parkway
Columbus, OH 43221-4658

AMT Machine Systems, Ltd.
6155 Huntley Road, Ste N
Columbus, OH 43229-1096

Advance Apex, Inc.
dba Advance CNC Machining
2375 Harrisburg Pike
Grove City, OH 43123-1057

Advance CNC Machining
aka Advance Apex, Inc.
2375 Harrisburg Pike
Grove City, OH 43123-1057

Advanced Motion Controls
3805 Calle Tecate
Camarillo, CA 93012-5068

Allen B Aimar Jr.
Riddell Law
194 W. Johnstown Road
Gahanna, OH 43230-2731

Allied Electronics Inc.
659 Lakeview Plaza Blvd.
Suite A
Worthington, OH 43085-4775

American Credit Systems, Inc.
400 West Lake Street, Ste. 111
PO Box 72849
Roselle, IL 60172-0849

American Electric Power
P.O. Box 24418
Canton, OH 44701-4418

Anthem Blue Cross Blue Shield
PO Box 105673
Atlanta, GA 30348-5673

Anthony Bonina
674 Colony Drive
Westerville, OH 43081-3622

Anthony O. Mancuso, Esq.
135 N. Hamilton Rd.
Gahanna, OH 43230-2601

Applied Machine & Motion Control
1491 Dixie Highway
Park Hills, KY 41011-2835

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Atlas Butler Heating & Cooling
4849 Evanswood Drive
Columbus, OH 43229-6206

Automatic Production Equipment Inc.
815 Touhy Ave.
Elk Grove Village, IL 60007-4900

BDI
1171 West Goodale Blvd.
Columbus, OH 43212-3730

Bank of America (Platinum Plus)
PO Box 15463
Wilmington, DE 19850-5463

Brandon Curry
215 Wagner Avenue
Baltimore, OH 43105-1347

Brannigan Family Living Trust
2204 Honeytree Court
Findlay, OH 45840-7441

Brian Ribble
6154 Albany Way Drive
Westerville, OH 43081-9306

Bucci Industries USA, Inc.
9332 Forsyth Park Drive
Charlotte, NC 28273-3888

Cisco, Inc.
1702 Townhurst Drive
Houston, TX 77043-2811

Columbia Gas
290 W Nationwide Blvd
5th Fl - Bankruptcy Department
Columbus, OH 43215-4157

Columbus City Treasurer Income Tax
Division
77 N. Front Street, 2nd Floor
Columbus, OH 43215-1895

Columbus Fasteners Corporation Inc.
1150 Chesapeake Avenue
Columbus, OH 43212-2237

Consorsium
c/o Walter Doyle
1970 Jewett Road
Powell, OH 43065-9834

Credit Mediators, Inc.
PO Box 456
Upper Darby, PA 19082-0456

Custom Metal Products
c/o Sheri Brock
5037 Babbitt Rd
New Albany, OH 43054-8301

David W. Ferguson
3115 Reynoldsburg- New Albany Rd
New Albany, OH 43054-8546

Auction Ohio
6555 Busch Boulevard, Suite 230
Columbus OH 43229-1790

Dayton Machine Tool
1314 Webster Street
Dayton, OH 45404-1568

Denise A. Courter
5828 Houchard Road
Dublin, OH 43016-8816

Dennis D. Cech
32706 Lake Road
Avon Lake, OH 44012-1665

Dennis R. Pugh
1769 Renee Court
Galena, OH 43021-9672

Dial Machine Service
38 S. Beckel Street
Dayton, OH 45403-1828

Digi-Key Corporation
701 Brooks Avenue South
PO Box 677
Thief River Falls, MN 56701-0677

Dustin G, Johnson
791 Bruck Street
Columbus, OH 43206-2201

Edge Technologies,
Div of Hydromat, Inc.
Kevin Meehan
Hydromat, Inc.
11600 Adie Rd.
Maryland Heights, MO 63043-3510

Elizabeth B. Shook
Trustee of E.B. Shook Rev Living
Trust
5118 Postlewaite Road
Columbus, OH 43235-3450

Elledge Gasket
Division of Rubbertec Inc.
7850 Commerce Court
Lewis Center, OH 43035

| | | |
|---|---|---|
| Eric A. Ribble<br>13235 Basil Road NW<br>Baltimore, OH 43105-9663 | Eric Roy<br>Roy Financial Services LLC<br>5626 Loch More Court<br>Dublin, OH 43017-9621 | Essentra Components<br>2265 Black Creek Road<br>Muskegon, MI 49444-2684 |
| FIA Card Services<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Forest Capital LLC<br>8234 Glencullen Court<br>Dublin, OH 43017-8637 | Frank W. Magalski<br>769 Curleys Court<br>Columbus, OH 43235-2161 |
| Gardner Publications<br>6915 Valley Avenue<br>Cincinnati, OH 45244-3153 | Genovese Mfg Company Inc.<br>P.O. Box 2112<br>100 Franklin Street<br>Bristol, CT 06010-1403 | George Morris<br>1810 Stemwood Drive<br>Columbus, OH 43228-9716 |
| Brian M. Gianangeli<br>6305 Emerald Parkway<br>Dublin, OH 43016-3241 | Global/Spec, Inc.<br>30 Tech Valley Drive<br>East Greenbush, NY 12061-4129 | Global Spec Inc.<br>PO Box 673995<br>Detroit, MI 48267-3995 |
| Jose Rafael Gonzalez<br>Gonzalez & Morales Law Offices<br>PO Box 10242<br>Humacao, PR 00792-1242 | Great West Retirement Services<br>8515 E. Orchard Road, 4T2<br>Greenwood Village, CO 80111-5002 | Gregory J. Knight<br>12990 Snyder Church Road<br>Baltimore, OH 43105-9467 |
| HHH CPA Group, LLC<br>1250 Henderson Rd.<br>Columbus, OH 43220 | Lawrence Hackett<br>170 N High St<br>Suite 200<br>Columbus, OH 43215-2417 | Hardbox Corporation<br>11449 Lebanon Road<br>Rear Building B<br>Cincinnati, OH 45241-4206 |
| Howard Ubert<br>6425 Meadowbrook Drive<br>Worthington, OH 43085-2864 | Huntington Bank<br>Shell Harmon- Corporate Trust<br>7 Easton Oval- EA4E63<br>Columbus, OH 43219-6010 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| James Nivens<br>427 Streamwater Drive<br>Blacklick, OH 43004-8137 | James Wagoner<br>8012 Pelham Drive<br>Cleveland, OH 44129-4425 | Jason Greenwalt, Acct Manager<br>Bucci Industries USA, Inc.<br>9332 Forsyth Park Dr<br>Charlotte, NC 28273-3888 |
| Joel Gregory<br>24416 249th Avenue S.E.<br>Maple Valley, WA 98038-8219 | John C. Beeler<br>414 N. Drexel Avenue<br>Columbus, OH 43209-1044 | Joseph A. Jezerinac<br>2152 N. Commonwealth Avenue<br>Apartment 1<br>Los Angeles, CA 90027-2157 |
| Joseph Bioty<br>519 Deer Run Court<br>Westerville, OH 43081-3278 | Kemp, Schaeffer, & Rowe Co., L.P.A.<br>ATTN: Richard G. Murray, II<br>88 West Mound Street<br>Columbus, OH 43215-5084 | Kenneth B. Waldron<br>101 Alma Street<br>Apt. 903<br>Palo Alto, CA 94301-1011 |
| Kevin Meehan, General Manager Edge Technologies<br>11600 Adie Rd<br>Maryland Heights, MO 63043-3510 | Keybank<br>P.O. Box 6040<br>Cleveland, OH 44101 | LIPOCO Enterprises, Inc.<br>235 E. Gardena Blvd.<br>Gardena, CA 90248-2800 |

Lester Detterbeck Enterprises Ltd.  
3390 US #2 East  
Iron River, MI 49935  

Lico Machinery Co. Ltd  
1666 Chungshan Road  
Shenkan District, Taichung, 42955  
TAIWAN  

Lockrey Manufacturing  
203 Matzinger Road  
Toledo, OH 43612-2624  

William B Logan  
50 West Broad Street  
Suite 1200  
Columbus, OH 43215-5907  

William B Logan Jr  
50 West Broad Street  
Suite 1200  
Columbus, OH 43215-5907  

MSC Industrial Supply Company Inc.  
PO Box 9101  
Plainview, NY 11803-9001  

Machine Tool Network  
3650 James Street  
Room 07  
Syracuse, NY 13206-2579  

Mark F. Taggart Co. AMO  
942 A Freeway Drive North  
Columbus, OH 43229  

Mark Makulinski  
203 Matzinger Road  
Toledo, OH 43612-2624  

Marilyn McConnell  
American Electric Power  
1 Riverside Plaza  
29th Floor  
Columbus, OH 43215-2355  

McMaster-Carr Supply  
200 Aurora Industrial Parkway  
Aurora, OH 44202-8090  

McMaster-Carr Supply Company  
PO Box 94930  
Cleveland, OH 44101-4930  

McNaughton-McKay  
2255 City Gate Drive  
Columbus, OH 43219-3567  

McNaughton-McKay Electric  
Amy Trevino  
355 Tomahawk  
Maumee, OH 43537-1748  

Mirjana R. Gearhart  
769 Curleys Court  
Columbus, OH 43235-2161  

Motion Industries  
P.O. Box 1477  
Birmingham, AL 35201-1477  

Motion Industries Inc.  
1666 Integrity Drive  
Columbus, OH 43209-2789  

Motion Technologies  
c/o Law Offices of Timothy M. Sullivan  
25651 Detroit Rd., Ste. 203  
Westlake, OH 44145-2415  

Motion Technologies Co.  
1205 Chesapeake Ave.  
Columbus, OH 43212-2238  

Richard G Murray  
Kemp, Schaeffer, Rowe & Lardiere Co.  
88 West Mound Street  
Columbus, OH 43215-5084  

Nestor A. Rivera  
R & H Products of PR, Inc.  
Ceiba Industrial Park  
CARR #978KM0.8  
Ceiba, PR 00735-3030  

Newark Electronics Inc.  
PO Box 94152  
Palatine, IL 60094-4152  

Office of the United States Trustee  
Ohio/Michigan Regional Office  
211 West Fort Street, Suite 700  
Detroit, Michigan 48226-3263  
Attn: Quarterly Fee Coordinator  

Ohio Attorney General  
Collections Enforcement Section  
150 E. Gay Street, 21st Floor  
Columbus, OH 43215-3191  

Ohio Bureau Of Workers  
Compensation Law Section  
Bankruptcy Unit  
P 0 Box 15567  
Columbus Oh 43215-0567  

Ohio Department of Development  
ATTN: Loan Servicing  
77 South High Street, 28th Floor  
Columbus, OH 43215-6108  

Ohio Department of Development  
ATTN: Loan Servicing  
P.O. Box 1001  
Columbus, OH 43216-1001  

Ohio Department of Taxation  
Attn: Bankruptcy Division  
P. 0. Box 530  
Columbus, OH 43266-0030  

Ohio Department of Taxation  
PO Box 347  
Columbus, OH 43216-0347  

Ohio Development Services Agency  
77 S. High St., 29th Floor  
Columbus, OH 43215-6108

Ohio Mobile Shredding
PO Box 307206
Columbus, OH 43230-7206

Ohio Transport Corporation Inc.
5593 Hamilton- Middletown Road
Middletown, OH 45044-9703

Porter Wright Morris & Arthur
41 South High Street
Columbus, OH 43215-6194

Porter, Wright, Morris & Arthur LLP
41 South High Street, 31st Floor
Columbus, OH 43215-6109
Attn: Jack R. Pigman, Esq.

R & H Products of Puerto Rico, Inc.
Ceiba Industrial Park
Ceiba, PR 00735-3030

R&H Products of PR
Ceiba Industrial Park
CARR #978 KM 0.8
Ceiba, PR 00735-3030

Raka Corporation
203 Matzinger Road
Toledo, OH 43612-2624

Kenneth M. Richards
50 W Broad St
Suite 1200
Columbus, OH 43215-3374

Rilco, Inc.
5012 Calvert Street
Cincinnati, OH 45209-1076

Rockford Ball Screw Co.
940 Southrock Drive
Rockford, IL 61102-4299

Ronald W. Ventola
16270 Yankeetown Pike
Mount Sterling, OH 43143-9539

Sam Schulhof
672 Harbor Creek Place
Charleston, SC 29412-3203

School District Income Tax Division
Treasurer of State of Ohio
School District Income Tax Division
Columbus, OH 43215

Specialty Nameplate Corporation
ER Extended Resources LLC
4670 Groves Road
Columbus, OH 43232-4164

Standley Law Group
6300 Riverside Drive
Dublin, OH 43017-5043

Standley Law Group LLP
Trisha Beachy Bryant
6300 Riverside Drive
Dublin, OH 43017-5043

Taratec Corporation
4605 Morse Road
Gahanna, OH 43230-7300

Myron N Terlecky
575 S Third St
Columbus, OH 43215-5755

Thal-Mor Associates
3232 Encrete Lane
Dayton, OH 45439-1998

Thomas Bihari
6966 Eastview Drive
Worthington, OH 43085-2307

Thomas F. Pugh
3547 Lakeshore Drive
Kingsport, TN 37663-3372

Thomas M. Walliser
1356 Donwalter Lane
Worthington, OH 43235-5112

Timothy M. Sullivan, Esq.
25651 Detroit Road
Suite 203
Westlake, OH 44145-2415

William Tullos
3297 North County Road 605
Sunbury, OH 43074-8323

U. S. Attorney
303 Marconi Blvd., Ste 200
Columbus, OH 43215-2326

U. S. Attorney General
Main Justice Building, Rm. 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

Verizon Wireless
Operations Support
PO Box 9058
Dublin, OH 43017-0958

Vincent Vohnout
3448 Trabue Road
Columbus, OH 43204-3667

Walter J. Doyle
1970 Jewett Rd.
Powell, OH 43065-9834

Williams Controls Inc.
14100 SW 72nd Avenue
Portland, OR 97224-8095

Win Systems Inc.
715 Stadium Drive
Jeff Childs
Arlington, TX 76011-6225

YDT Sinclair Road, LLC
942 A Freeway Drive North
Columbus, OH 43229

| | | |
|---|---|---|
| W. Gorman Waddell, Esq.<br>P.O. Box 88<br>Kingsport, TN 37662-0088 | Strip, Hoppers, Leithart,<br>McGrath & Terlecky Co., LPA<br>575 S. Third St.<br>Columbus, OH 43215 | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 |
| Sheakley UniService<br>One Sheakley Way<br>Cincinnati, Ohio 45246 | Sheakley Uniservice<br>P.O. Box 465603<br>Cincinnati, Ohio 45246 | Verizon<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 |
| Intek Systems<br>Dept 116246<br>P.O. Box 5211<br>Binghamton, NY 13902-5655 | Sterling Protective Services<br>3799 Parkway Lane<br>Hilliard, Ohio 43026 | Time Warner Business Class<br>P.O. Box 0916<br>Carol Stream, IL 60132-0916 |
| Nicholas Pokrajac<br>Tax Auditor<br>California Board of Equalization<br>Chicago District Office - OHA<br>120 North LaSalle Street, Suite 1500<br>Chicago, IL 60602-2491 | UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001 | |

/s/ Robert A. Bell, Jr.
Robert A. Bell, Jr.