**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  AMT Machine Systems, Ltd. | : | Case No. 14-52934 |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| | : | Judge John E. Hoffman, Jr. |

**STIPULATION EXTENDING DEADLINE FOR OHIO DEVELOPMENTAL SERVICES AGENCY TO RESPOND TO TRANGLE COMMERCIAL PROPERTIES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM [DOCKET NO. 118]**

Ohio Development Services Agency ("DSA"), and Triangle Commercial Properties, LLC, by and through their counsel, hereby stipulate and agree that the deadline for DSA to file an objection or response to Triangle's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim (Docket No. 118) shall be April 23, 2015.

AGREED,

/s/ Brian M. Gianangeli
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Brian M. Gianangeli  (0072028)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, Ohio   43016
Phone – (614) 389-5282
bgianangeli@mifsudlaw.com

Attorneys for Ohio Development
Developmental Services Agency

/s/Robert A. Bell
Robert A. Bell (0072780)
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Phone – (614) 464-5469
rabell@vorys.com

Attorneys for Triangle Commercial
Properties, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2015, a copy of the foregoing was served electronically through the Court's ECF system upon the following:

- Allen B. Aimar          aaimar@riddellcolpa.net
- Asst US Trustee         ustpregion09.cb.ecf@usdoj.gov
- Robert A. Bell, Jr.     rabell@vorys.com
- Brian M. Gianangeli     bgianangeli@mifsudlaw.com
- Jose R. Gonzalez        jrg@gonzalezmorales.com
- Lawrence Hackett        larry.hackett@usdoj.gov
- William B. Logan        wlogan@lnlattorneys.com
- Marilyn McConnell       mmconnell@aep.com
- Richard G. Murray       richard@ksrlegal.com
- Kenneth M. Richards     krichards@lnlattorneys.com
- Myron N. Terlecky       mnt@columbuslawyer.net

And by regular U.S. Mail, postage prepaid, upon the following parties:

AMT Machine Systems, Ltd.
6155 Huntley Rd., Ste. N
Columbus, OH 43229

    /s/ Brian M. Gianangeli
    Brian M. Gianangeli (#0072028)