**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: March 27, 2015**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 14-52934 |
| | : | Chapter 7; Judge John E. Hoffman, Jr. |
| AMT Machine Systems, Ltd. | : | |
| | : | |
| Debtor. | : | |

### ORDER GRANTING MOTION FOR AUTHORITY TO SERVE NOTICE OF TIME TO FILE AN ADMINISTRATIVE CLAIM (#112)

This matter is before the Court upon the Motion of William B. Logan, Jr., Trustee in the above referenced case (Trustee), for an Order granting the Trustee the authority to set the date for filing administrative expense claims incurred in this case after commencement of the Chapter 11 case and prior to conversion to Chapter 7 on November 13, 2014. The Court finds that notice of the motion has been provided and that no objections or requests for hearing have been filed. The Court further finds that good cause exists for granting the Motion.

IT IS, THEREFORE, ORDERED that Trustee is authorized to serve notice of the deadline for filing administrative expense claims incurred in this case after commencement of the Chapter 11 case and prior to conversion to Chapter 7 on November 13, 2014, in substantially the form as the notice attached to the motion ("Notice").

IT IS FURTHER ORDERED that the deadline for filing administrative expense claims incurred in this case after commencement of the Chapter 11 case and prior to conversion to Chapter 7 on November 13, 2014 shall be sixty (60) days after the date of service of the Notice.

IT IS SO ORDERED.

Approved:

LUPER, NEIDENTHAL & LOGAN, LPA

/s/ Kenneth M. Richards

_____
Kenneth M. Richards, Esq. (0040455)
Attorney for William B. Logan, Jr., Trustee
50 West Broad Street, Suite 1200
Columbus, Ohio 43215
(614) 221-7663; Fax:  (866) 345-4948
krichards@LNLattorneys.com


Copies:

Default List, plus

Ohio Mobile Shredding
Attn:  Erin McLean
PO Box 307206
Columbus, OH  43230

Thomas Pugh
3547 Lakeshore Drive
Kingsport, then 37663

W. Gorman Waddell, Esq.
PO Box 88
 Kingsport, TN   37662-0088

Auction Ohio
 6555 Busch Blvd. Suite 250
 Columbus, Ohio 43229

Triangle Commercial Properties LLC
470 Olde Worthington Road
Suite 100
Westerville, Ohio 43082

Robert A Bell
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Chekley UniService
1 Chekley Way
Springdale, OH 45246

###