**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  AMT Machine Systems, Ltd. | : | Case No. 14-52934 |
| | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| | : | Judge John E. Hoffman, Jr. |

**SECOND STIPULATION EXTENDING DEADLINE FOR OHIO DEVELOPMENTAL SERVICES AGENCY TO RESPOND TO TRANGLE COMMERCIAL PROPERTIES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM [DOCKET NO. 118]**

Ohio Development Services Agency ("DSA"), and Triangle Commercial Properties, LLC, by and through their counsel, hereby stipulate and agree that the deadline for DSA to file an objection or response to Triangle's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim (Docket No. 118) shall be May 22, 2015.

AGREED,

/s/ Brian M. Gianangeli
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Brian M. Gianangeli  (0072028)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, Ohio   43016
Phone – (614) 389-5282
bgianangeli@mifsudlaw.com

Attorneys for Ohio Development
Developmental Services Agency

/s/Robert A. Bell
Robert A. Bell (0072780)
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Phone – (614) 464-5469
rabell@vorys.com

Attorneys for Triangle Commercial
Properties, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2015, a copy of the foregoing was served electronically through the Court's ECF system upon the following:

- Allen B. Aimar         aaimar@riddellcolpa.net
- Asst US Trustee        ustpregion09.cb.ecf@usdoj.gov
- Robert A. Bell, Jr.    rabell@vorys.com
- Brian M. Gianangeli    bgianangeli@mifsudlaw.com
- Jose R. Gonzalez       jrg@gonzalezmorales.com
- Lawrence Hackett       larry.hackett@usdoj.gov
- William B. Logan       wlogan@lnlattorneys.com
- Marilyn McConnell      mmconnell@aep.com
- Richard G. Murray      richard@ksrlegal.com
- Kenneth M. Richards    krichards@lnlattorneys.com
- Myron N. Terlecky      mnt@columbuslawyer.net

And by regular U.S. Mail, postage prepaid, upon the following parties:

AMT Machine Systems, Ltd.
6155 Huntley Rd., Ste. N
Columbus, OH 43229

/s/ Brian M. Gianangeli
Brian M. Gianangeli (#0072028)