**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 14-52934 |
| | : | Chapter 7; Judge John E. Hoffman, Jr. |
| AMT Machine Systems, Ltd. | : | |
| | : | |
| Debtor. | : | |

## STIPULATION RELATING TO DEADLINE FOR RESPONSES TO TRIANGLE COMMERCIAL PROPERTIES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM

William B. Logan, Jr., Trustee, Ohio Developmental Services Agency, Strip Hoppers Leithart McGrath & Terlecky Co. LPA, both on its own behalf and on behalf of the Debtor and Triangle Commercial Properties, LLC, by and through counsel, hereby stipulate and agree that the deadline for the undersigned parties to file an objection or other response to Triangle Commercial Properties, LLC's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim (Doc. #118) shall be June 5, 2015.

Respectfully submitted,

 /s/ Myron N. Terlecky per e-mail authorization

Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
T: (614) 228-6345    F: (614) 228-6369
Email:  mnt@columbuslawyer.net
On behalf of Debtor and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA


  /s/  Kenneth M. Richards
Kenneth M. Richards  (0040455)
Luper Neidenthal & Logan
50 West Broad St., #1200

        Columbus, OH  43215
        T: (614) 221-7663; F:  (866) 345-4948
        Email:  krichards@lnlattorneys.com
        Attorney for Chapter 7 Trustee


/s/ Robert A. Bell, Jr. per e-mail authorization
Robert A Bell, Jr. (0072780)
Vorys Sater Seymour and Pease LLP
Attorney for Triangle Commercial Properties LLC
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008
(614)464-5469
rabell@vorys.com


/s/_Brian M. Gianangeli per e-mail authorization
Brian M Gianangeli (0070498)
6305 Emerald Parkway
Dublin, OH 43016
(614) 224-8313
(614) 224-9986 (fax)
bgianangeli@mifsudlaw.com
Special Counsel for Ohio Developmental Services Agency


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2015, a copy of the foregoing was mailed electronically through the Court's ECF system upon the following:

- Allen B Aimar    aaimar@riddellcolpa.net
- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Robert A. Bell, Jr. rabell@vorys.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Jose Rafael Gonzalez    jrg@gonzalezmorales.com
- Lawrence Hackett    larry.hackett@usdoj.gov
- William B Logan    wlogan@lnlattorneys.com
- William B Logan    wlogan@lnlattorneys.com, wlogan@ecf.epiqsystems.com
- Marilyn McConnell    mmcconnell@aep.com, cmdoomy@aep.com,hmcharles@aep.com
- Richard G Murray    richard@ksrlegal.com, kathy@ksrlegal.com
- Kenneth M Richards    krichards@lnlattorneys.com
- Myron N Terlecky    mnt@columbuslawyer.net, jlh@columbuslawyer.net

2

- Myron N Terlecky    mnt@columbuslawyer.net, oh41@ecfcbis.com;mnt@trustesolutions.net;HABTrustee@columbuslawyer.net

    And by regular U.S. Mail, postage prepaid, upon the following:

AMT Machine Systems, Ltd.
6155 Huntley Rd., Ste. N
Columbus, OH  43229

    /s/ Kenneth M. Richards

    Kenneth M. Richards
    Case Attorneys for William B. Logan Jr., Trustee