**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: May 29, 2015**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 14-52934 |
| | : | Chapter 7; Judge John E. Hoffman, Jr. |
| AMT Machine Systems, Ltd. | : | |
| | : | |
| Debtor. | : | |

### AGREED ORDER ON TRIANGLE COMMERCIAL PROPERTIES, LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM (#118)

This matter is before the Court upon Triangle Commercial Properties, LLC's Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim (Doc. #118)(the "Motion"). William B. Logan, Jr., Chapter 7 Trustee, Ohio Developmental Services Agency, and Strip Hoppers Leithart McGrath & Terlecky Co. LPA, both on its own behalf and on behalf of the Debtor have obtained stipulated extensions of time to respond to the Motion.

The Motion filed by Triangle Commercial Properties, LLC ("Triangle") seeks allowance and payment of a Chapter 11 administrative expense claim. Triangle was the lessor of the

Debtor's former business premises located at 6155 Huntley Road, Columbus, Ohio 43229 ("Premises") pursuant to a lease attached as Exhibit A to the Motion ("Lease"). The Motion sought allowance and payment of a Chapter 11 administrative expense claim in the total amount of $133,612.80.

The Motion was served upon the Office of the United States Trustee, the Debtor, the Chapter 7 Trustee, and all creditors and parties in interest as reflected in the Notice and Certificate of Service attached to the Motion. No responsive pleading to the Motion was filed.

In lieu of further proceedings, the parties have agreed to the allowance and payment of the Chapter 11 administrative expense claim of Triangle as set forth in this agreed order. The parties agree that Triangle has a new tenant for the Premises effective July 1, 2015. The parties further agree that Triangle should be allowed a Chapter 11 administrative expense claim in the total amount of $37,974.30, calculated as follows:

| | |
|---|---|
| Premises Cleaning Removal (post-petition) | $189.01 |
| Pre-11/14 CAM (balance of month was paid per prior Court Order (doc #105)) | $754.04 |
| Rent and CAM February 2015 | $4,157.25 |
| Rent and CAM March 2015 | $4,157.25 |
| Rent and CAM April 2015 | $4,157.25 |
| Rent and CAM May 2015 | $4,157.25 |
| Rent and CAM June 2015 | $4,157.25 |
| Abated rent (Per lease Paragraphs 2 and 26 of Lease) To be paid if debtor defaulted under the lease $2,415.00 per month for first 3 months of lease: | $7,245.00 |
| Triangle's Attorney Fees (allowed by Paragraph 27 of Lease) | $9,000.00 |
| TOTAL | $37,974.30 |

The parties agree that while the Motion did not include a request for payment of the abated rent or attorney fees, the deadline to assert a Chapter 11 administrative expense claim is June 8, 2015, so Triangle could file an amended Motion. The parties further agree that Triangle is holding a security deposit in the amount of $4,150.00.

Based upon the agreement of the undersigned parties, and the matters contained in the Motion, the Court finds that the allowance of a Chapter 11 administrative expense claim to Triangle in the amount of $37,974.30 should be, and hereby is, APPROVED as set forth in this Agreed Order.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334, and the General Order of Reference entered in this District. Venue is proper pursuant to 28 U.S.C. 1408 and 1409. The matters raised here constitute core proceedings pursuant to 28 U.S.C. 157(b)(2).

Based upon the foregoing, it is ORDERED that Triangle is awarded a Chapter 11 administrative expense claim in the amount of $37,974.30. Triangle is authorized to apply the security deposit it is holding in the amount of $4,150.00. The balance owed to Triangle, in the amount of $33,824.30 shall be allowed as a Chapter 11 administrative expense claim to be paid with such other allowed Chapter 11 administrative expense claims.

IT IS SO ORDERED.

APPROVED:

　/s/  Myron N. Terlecky per e-mail authorization
Myron N. Terlecky (0018628)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
T: (614) 228-6345     F: (614) 228-6369
Email:  mnt@columbuslawyer.net
On behalf of Debtor and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA

   /s/ Kenneth M. Richards
Kenneth M. Richards  (0040455)
Luper Neidenthal & Logan
50 West Broad St., #1200
Columbus, OH  43215
T: (614) 221-7663; F:  (866) 345-4948
Email:  krichards@lnlattorneys.com
Attorney for Chapter 7 Trustee


/s/ Robert A. Bell, Jr. per e-mail authorization
Robert A Bell, Jr. (0072780)
Vorys Sater Seymour and Pease LLP
Attorney for Triangle Commercial Properties LLC
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008
(614)464-5469
rabell@vorys.com


/s/ Brian M. Gianangeli per e-mail authorization
Brian M Gianangeli (0070498)
6305 Emerald Parkway
Dublin, OH 43016
(614) 224-8313
(614) 224-9986 (fax)
bgianangeli@mifsudlaw.com
Special Counsel for Ohio Developmental Services Agency

Copies:

Default List, plus

Robert A. Bell, Jr.  (Electronic Service)

Brian M. Gianangeli (Electronic Service)

###