# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** OHIO
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMT Machine Systems, Ltd. | § | Case No. 14-52934 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 04/25/2014 . The case was converted to one under Chapter 7 on 11/13/2014 . The undersigned trustee was appointed on 11/14/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          209,343.76

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 25,735.69 |
| Bank service fees | 2,072.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 3,825.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          177,711.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  03/11/2015  and the deadline for filing governmental claims was  05/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,525.94 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 13,525.94 , for a total compensation of $ 13,525.94 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2,434.32 , for total expenses of $ 2,434.32 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2016                    By:/s/WILLIAM B. LOGAN, JR.
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 14-52934 | JEH | Judge: | John E. Hoffman, Jr. | Trustee Name: | WILLIAM B. LOGAN, JR. |
| Case Name: | AMT Machine Systems, Ltd. | | | | Date Filed (f) or Converted (c): | 11/13/2014 (c) |
| | | | | | 341(a) Meeting Date: | 12/11/2014 |
| For Period Ending: | 05/27/2016 | | | | Claims Bar Date: | 03/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Huntington National Bank Checking Account  --#6228 | 27,355.88 | 27,355.88 | | 0.00 | 27,355.88 |
| 2.  Security Deposit With Utility Provider Aep Po Box 24418 Cant | 545.00 | 545.00 | | 0.00 | FA |
| 3.  Security Deposit With Landlord Ydt Sinclair Road, Llc  (Land | 5,440.00 | 5,440.00 | | 0.00 | FA |
| 4.  Chubb Insurance Company Policy 3589-51-15Ece General Liabili | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Transameric Life Insurance Company Key Man Life Insurance Po | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Accounts Receivable | 98,605.78 | 98,605.78 | | 15,870.00 | FA |
| 7.  Claim For Unclaimed Funds Based Upon Information Provided By | 14,200.00 | 14,200.00 | | 0.00 | FA |
| 8.  Trade Secrets Relating To Intellectual Property Consisting O | 0.00 | 0.00 | | 0.00 | FA |
| 9.  Customer Lists | 0.00 | 0.00 | | 0.00 | FA |
| 10. Fuly Depreciated Office Equipment And Furniture Initial Cost | 0.00 | 0.00 | | 14,766.64 | FA |
| 11. Fully Depreciated Computer/Electronics Equipment, Software A | 0.00 | 0.00 | | 14,766.63 | FA |
| 12. Inventory | 322,283.71 | 322,283.71 | | 0.00 | FA |
| 13. USF Holland Refund (u) | 0.00 | 0.00 | | 167.01 | FA |
| 14. Verizon Wireless Refund (u) | 0.00 | 0.00 | | 24.70 | FA |
| 15. Closing of DIP Operating Account (u) | 0.00 | 0.00 | | 153,700.18 | FA |
| 16. Refund from HMS Insurance Associates (u) | Unknown | 4,987.00 | | 4,987.00 | FA |
| 17. ServoCam Parts (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 18. Refund from AEP (u) | 27.18 | 27.18 | | 27.18 | FA |
| 19. Class Action Distribution (u) | Unknown | 34.42 | | 34.42 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $468,457.55 | $478,478.97 | | $209,343.76 | $27,355.88 |

Case 2:14-bk-52934   Doc 158   Filed 06/21/16   Entered 06/21/16 09:44:35   Desc Main
Document      Page 4 of 24   (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:    Exhibit A

04/27/16: Order for payment of Fees and Expenses entered.  Final distribution checks issues.  Waiting for zero bank statement in order to prepare Final Account. TSoma
04/19/16:  Submitted order for allowance of fees. TSoma
03/25/16:  Final Report accepted and filed by the United States Trustee.  Notice of Final Report filed.  Waiting for objection period to pass in order to upload Order for Payment of Fees. TSoma
03/16/16:  Filed application for allowance of fees.  Final Report submitted to United States Trustee for approval and filing.  TSoma
11/11/15:  Trustee filed a motion for authority to close the case without abandonment of intellectual property,
07/29/15:  Issued refund check to HMS Insurance per 5/13/15 Order.  TSoma
4/13/15:  ON April 13, 2015, Trustee filed a motion to sell certain intangible assets for $5,000 and a motion to refund a portion of an insurance policy premium that has been refunded in an incorrect amount.
2/6/15:  On February 6, 2015, Trustee filed motions to pay post-conversion utilities, to retain accountant to prepare final tax return, and to set administrative claims bar date.
1/15/15:  Check in the amount of $9,301.86 issued to Triangle Commercial Properties for post petition rent per Order entered 1/7/15 (doc. #105) and mailed to counsel, Robert A. Bell. TERRY SOMA
12/15/14:  Prepare orders to employ Auction Ohio and Ohio Mobile Shredding and order to destroy business records.  SUE CHAFIN
12/08/14:  On December 8, 2014, Trustee filed motions seeking authority to conduct an on-line auction, to retain an auctioneer, to destroy business records, and to retain Ohio Mobile Shredding relating to same.
12/08/14:  Prepare oath of auctioneer, application/oath to employ shredding company and draft motion to destroy records.  SUE CHAFIN
11/25/14:  Prepare draft application to employ auctioneer.  SUE CHAFIN
11/14/14:  The Trustee will seek to recover funds paid by the debtor during the preference period. (TSoma3)

Initial Projected Date of Final Report (TFR): 12/11/2015          Current Projected Date of Final Report (TFR): 03/16/2016

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No:  14-52934 | Trustee Name:  WILLIAM B. LOGAN, JR. | |
| Case Name:  AMT Machine Systems, Ltd. | Bank Name:  Bank of Kansas City | |
| | Account Number/CD#:  XXXXXX1998 | |
| | Checking | |
| Taxpayer ID No:  XX-XXX8414 | Blanket Bond (per case limit):  $2,000,000.00 | |
| For Period Ending:  05/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/14 | 13 | USF Holland | Refund | 1229-000 | $167.01 | | $167.01 |
| 11/20/14 | 14 | Verizon Wireless | Refund | 1229-000 | $24.70 | | $191.71 |
| 11/20/14 | 15 | AMT Machine Systems, Ltd. | Closing Operating Account | 1229-000 | $153,700.18 | | $153,891.89 |
| 11/28/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.17 | $153,848.72 |
| 12/31/14 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.66 | $153,620.06 |
| 01/15/15 | 1001 | Triangle Commercial Properties LLC 470 Olde Worthington Road Suite 100 Westerville, OH  43082 | Post petition rent per Order entered 1/7/15 (#105) | 2410-000 | | $9,301.86 | $144,318.20 |
| 01/16/15 | 6 | Parker Hannifin Corporation | Accounts Receivable | 1229-000 | $15,870.00 | | $160,188.20 |
| 01/29/15 | 1002 | Ohio Mobile Shredding PO Box 307206 Columbus, OH  43230 | Invoice 68143 | 3991-000 | | $116.55 | $160,071.65 |
| 01/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $233.59 | $159,838.06 |
| 02/24/15 | 16 | HMS Insurance Agency Inc | insurance refund | 1229-000 | $4,987.00 | | $164,825.06 |
| 02/27/15 | | Auction Ohio 6079 Taylor Road Gahanna, OH  43230 | Auction Proceeds | | $16,941.61 | | $181,766.67 |
| | | | Gross Receipts          $29,533.27 | | | | |
| | | | Less 20% Commission     ($5,906.66) | 3610-000 | | | |
| | | | Trucking Costs          ($5,000.00) | 3620-000 | | | |
| | | | Fork Lift Costs          ($400.00) | 3620-000 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No:  14-52934 | Trustee Name:  WILLIAM B. LOGAN, JR. | **Exhibit B** |
| Case Name:  AMT Machine Systems, Ltd. | Bank Name:  Bank of Kansas City | |
| | Account Number/CD#:  XXXXXX1998 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8414 | Blanket Bond (per case limit): $2,000,000.00 | |
| For Period Ending: 05/27/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Per Day Trailer Fee | ($385.00) | 3620-000 | | | |
| | | | Per Day Warehouse Fee | ($900.00) | 3620-000 | | | |
| | 10 | | Fully Depreciated Office Equipment And Furniture Initial Cost | $14,766.64 | 1129-000 | | | |
| | 11 | | Fully Depreciated Computer/Electronics Equipment, Software A | $14,766.63 | 1129-000 | | | |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $215.00 | $181,551.67 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $267.24 | $181,284.43 |
| 04/09/15 | 17 | Redshift Electrineers | ServoCam Parts | | 1229-000 | $5,000.00 | | $186,284.43 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $265.03 | $186,019.40 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $276.48 | $185,742.92 |
| 06/01/15 | 18 | AEP | Refund | | 1229-000 | $27.18 | | $185,770.10 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $267.19 | $185,502.91 |
| 07/29/15 | 1003 | HMS Insurance Associates, Inc. Attn:  Guy Warfield PO Box 1750 Cockeysville, MD  21030 | Return of overpayment per Order entered 5/13/15 | | 8500-002 | | $3,825.00 | $181,677.91 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $275.71 | $181,402.20 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: | $5,027.18 | $5,391.65 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-52934 | Trustee Name: WILLIAM B. LOGAN, JR. |
| Case Name: AMT Machine Systems, Ltd. | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX1998 |
| | Checking |
| Taxpayer ID No: XX-XXX8414 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 05/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/22/15 | 19 | Merrill Lynch Pierce Fenner & Smith | Class Action | 1249-000 | $34.42 | | $181,436.62 |
| 10/15/15 | 1004 | HHH CPA Group<br>PO Box 20216<br>Columbus, OH  43220 | Accounting Fees per Order entered 3/27/15, Doc. #123 | 3410-000 | | $3,000.00 | $178,436.62 |
| 12/18/15 | 1005 | Insurance Partners Agency Inc.<br>26865 Center Ridge Rd.<br>Westlake, OH  44145 | Invoice #222138 | 2300-000 | | $158.49 | $178,278.13 |
| 03/03/16 | 1006 | Sterling Protective Sercices, Inc.<br>3799 Parkway Lane<br>Hilliard, OH  43026 | Post-Conversion Utilities per Order entered 3/27/15 Doc #124 | 2990-000 | | $99.65 | $178,178.48 |
| 03/03/16 | 1007 | Columbia Gas of Ohio<br>PO Box 742510<br>Cincinnati, OH  45274-2510 | Post-Conversion Utilities per Order entered 3/27/15 Doc #124 | 2990-000 | | $467.48 | $177,711.00 |
| 04/27/16 | 1008 | William B. Logan, Jr.<br>50 West Broad Street, Suite 1200<br>Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $13,525.94 | $164,185.06 |
| 04/27/16 | 1009 | William B. Logan, Jr.<br>50 West Broad Street, Suite 1200<br>Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2,434.32 | $161,750.74 |
| 04/27/16 | 1010 | Luper Neidenthal & Logan<br>Counsel for Trustee<br>50 W. Broad St., Ste. 1200<br>Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $25,000.00 | $136,750.74 |
| 04/27/16 | 1011 | Office Of The United States Trustee<br>Ohio/Michigan Regional Office<br>211 West Fort Street, Suite 700<br>Detroit, Michigan 48226<br>Attn: Quarterly Fee Coordinator | Final distribution to claim 26 representing a payment of 100.00 % per court order. | 6700-000 | | $4,875.00 | $131,875.74 |
| 04/27/16 | 1012 | Myron Terleckey | Final distribution representing a payment of 100.00 % per court order. | 6710-000 | | $16,446.16 | $115,429.58 |
| 04/27/16 | 1013 | Triangle Commercial Properties, Llc<br>C/O Robert A. Bell, Jr., Esq.<br>Vorys, Sater, Seymour And Pease Llp<br>52 East Gay Street<br>Columbus, Ohio 43215 | Final distribution to claim 27 representing a payment of 100.00 % per court order. | 6920-000 | | $33,824.30 | $81,605.28 |

Page Subtotals:                    $34.42       $99,831.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-52934 | Trustee Name: WILLIAM B. LOGAN, JR. |
| Case Name: AMT Machine Systems, Ltd. | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX1998 |
| | Checking |
| Taxpayer ID No: XX-XXX8414 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 05/27/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/16 | 1014 | Eric A. Ribble<br>1208 Driftwood Dr.<br>Fairborn, OH  45324 | Final distribution to claim 18 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $72,203.51 |
| 04/27/16 | 1015 | Brian Ribble<br>6154 Albany Way Drive<br>Westerville, Oh 43081 | Final distribution to claim 19 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $62,801.74 |
| 04/27/16 | 1016 | Dustin G. Johnson<br>791 Bruck Street<br>Columbus, Oh 43206 | Final distribution to claim 20 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $53,399.97 |
| 04/27/16 | 1017 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Final distribution to claim 23 representing a payment of 75.36 % per court order. | 5300-000 | | $4,710.30 | $48,689.67 |
| 04/27/16 | 1018 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Final distribution to claim 25 representing a payment of 75.36 % per court order. | 5300-000 | | $2,034.85 | $46,654.82 |
| 04/27/16 | 1019 | Brandon Curry<br>215 Wagner Avenue<br>Baltimore, Oh 43105 | Final distribution to claim 28 representing a payment of 75.36 % per court order. | 5300-000 | | $1,369.68 | $45,285.14 |
| 04/27/16 | 1020 | Brandon Curry<br>215 Wagner Avenue<br>Baltimore, Oh 43105 | Final distribution to claim 29 representing a payment of 75.36 % per court order. | 5300-000 | | $5,087.14 | $40,198.00 |
| 04/27/16 | 1021 | Dennis R. Pugh<br>1769 Renee Court<br>Galena, Oh 43021 | Final distribution to claim 31 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $30,796.23 |
| 04/27/16 | 1022 | Thomas M. Walliser<br>1356 Donwalter Lane<br>Worthington, Oh 43235 | Final distribution to claim 32 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $21,394.46 |
| 04/27/16 | 1023 | Howard Ubert<br>6425 Meadowbrook Drive<br>Worthington, Oh 43085 | Final distribution to claim 33 representing a payment of 75.36 % per court order. | 5300-000 | | $9,401.77 | $11,992.69 |
| 04/27/16 | 1024 | Denise A. Courter<br>5828 Houchard Road<br>Dublin, Oh 43016 | Final distribution to claim 37 representing a payment of 75.36 % per court order. | 5300-000 | | $6,717.15 | $5,275.54 |
| 04/27/16 | 1025 | Gregory J. Knight<br>12990 Snyder Church Road<br>Baltimore, Oh 43105 | Final distribution to claim 40 representing a payment of 75.36 % per court order. | 5300-000 | | $5,275.54 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $81,605.28 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-52934
Case Name: AMT Machine Systems, Ltd.

Trustee Name: WILLIAM B. LOGAN, JR.
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX1998
Checking

Taxpayer ID No: XX-XXX8414
For Period Ending: 05/27/2016

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 1025 | Gregory J. Knight 12990 Snyder Church Road Baltimore, Oh 43105 | Final distribution to claim 40 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($5,275.54) | $5,275.54 |
| 05/12/16 | 1024 | Denise A. Courter 5828 Houchard Road Dublin, Oh 43016 | Final distribution to claim 37 representing a payment of 75.36 % per court order. Reversal amended TFR filed | 5300-000 | | ($6,717.15) | $11,992.69 |
| 05/12/16 | 1023 | Howard Ubert 6425 Meadowbrook Drive Worthington, Oh 43085 | Final distribution to claim 33 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($9,401.77) | $21,394.46 |
| 05/12/16 | 1022 | Thomas M. Walliser 1356 Donwalter Lane Worthington, Oh 43235 | Final distribution to claim 32 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($9,401.77) | $30,796.23 |
| 05/12/16 | 1021 | Dennis R. Pugh 1769 Renee Court Galena, Oh 43021 | Final distribution to claim 31 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($9,401.77) | $40,198.00 |
| 05/12/16 | 1020 | Brandon Curry 215 Wagner Avenue Baltimore, Oh 43105 | Final distribution to claim 29 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($5,087.14) | $45,285.14 |
| 05/12/16 | 1019 | Brandon Curry 215 Wagner Avenue Baltimore, Oh 43105 | Final distribution to claim 28 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($1,369.68) | $46,654.82 |
| 05/12/16 | 1018 | James Nivens 427 Streamwater Drive Blacklick, Oh 43004 | Final distribution to claim 25 representing a payment of 75.36 % per court order. Reversal Amended TFR filed | 5300-000 | | ($2,034.85) | $48,689.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*          Page Subtotals:          $0.00          ($48,689.67)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:  14-52934
Case Name:  AMT Machine Systems, Ltd.

Taxpayer ID No:  XX-XXX8414
For Period Ending:  05/27/2016

Trustee Name:  WILLIAM B. LOGAN, JR.
Bank Name:  Bank of Kansas City
Account Number/CD#:  XXXXXX1998
Checking
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 1017 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Final distribution to claim 23 representing a payment of 75.36 % per court order.<br>Reversal<br>Amended TFR filed | 5300-000 | | ($4,710.30) | $53,399.97 |
| 05/12/16 | 1016 | Dustin G. Johnson<br>791 Bruck Street<br>Columbus, Oh 43206 | Final distribution to claim 20 representing a payment of 75.36 % per court order.<br>Reversal<br>Amended TFR filed | 5300-000 | | ($9,401.77) | $62,801.74 |
| 05/12/16 | 1015 | Brian Ribble<br>6154 Albany Way Drive<br>Westerville, Oh 43081 | Final distribution to claim 19 representing a payment of 75.36 % per court order.<br>Reversal<br>Amended TFR filed | 5300-000 | | ($9,401.77) | $72,203.51 |
| 05/12/16 | 1014 | Eric A. Ribble<br>1208 Driftwood Dr.<br>Fairborn, OH  45324 | Final distribution to claim 18 representing a payment of 75.36 % per court order.<br>Reversal<br>Amended TFR filed | 5300-000 | | ($9,401.77) | $81,605.28 |
| 05/12/16 | 1013 | Triangle Commercial Properties, Llc<br>C/O Robert A. Bell, Jr., Esq.<br>Vorys, Sater, Seymour And Pease Llp<br>52 East Gay Street<br>Columbus, Ohio 43215 | Final distribution to claim 27 representing a payment of 100.00 % per court order.<br>Reversal<br>Amended TFR filed | 6920-000 | | ($33,824.30) | $115,429.58 |
| 05/12/16 | 1012 | Myron Terleckey | Final distribution representing a payment of 100.00 % per court order. Reversal<br>Amended TFR filed | 6710-000 | | ($16,446.16) | $131,875.74 |
| 05/12/16 | 1011 | Office Of The United States Trustee<br>Ohio/Michigan Regional Office<br>211 West Fort Street, Suite 700<br>Detroit, Michigan 48226<br>Attn: Quarterly Fee Coordinator | Final distribution to claim 26 representing a payment of 100.00 % per court order.<br>Reversal<br>Amended TFR filed | 6700-000 | | ($4,875.00) | $136,750.74 |
| 05/12/16 | 1010 | Luper Neidenthal & Logan<br>Counsel for Trustee<br>50 W. Broad St., Ste. 1200<br>Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. Reversal<br>Amended TFR filed | 3110-000 | | ($25,000.00) | $161,750.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:                    $0.00        ($113,061.07)

**Page:**   **7**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-52934
Case Name: AMT Machine Systems, Ltd.

Trustee Name: WILLIAM B. LOGAN, JR.
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX1998
Checking

Taxpayer ID No: XX-XXX8414
For Period Ending: 05/27/2016

Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/12/16 | 1009 | William B. Logan, Jr. 50 West Broad Street, Suite 1200 Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. Reversal Amended TFR filed | 2200-000 | | ($2,434.32) | $164,185.06 |
| 05/12/16 | 1008 | William B. Logan, Jr. 50 West Broad Street, Suite 1200 Columbus, OH  43215 | Final distribution representing a payment of 100.00 % per court order. Reversal Amended TFR filed | 2100-000 | | ($13,525.94) | $177,711.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $196,752.10 | $19,041.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $196,752.10 | $19,041.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $196,752.10 | $19,041.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals:                    $0.00        ($15,960.26)

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1998 - Checking | $196,752.10 | $19,041.10 | $177,711.00 |
| | $196,752.10 | $19,041.10 | $177,711.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $12,591.66 |
| Total Net Deposits: | $196,752.10 |
| Total Gross Receipts: | $209,343.76 |

Exhibit C
## ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                                                      Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 2990 | Columbia Gas of Ohio PO Box 742510 Cincinnati, OH  45274-2510 | Administrative | per Order entered 3/27/15 Doc #124 | $0.00 | $467.48 | $467.48 |
| 99 2990 | Sterling Protective Services, Inc. 3799 Parkway Lane Hilliard, OH  43026 | Administrative | per Order entered 3/27/15 Doc #124 | $0.00 | $99.65 | $99.65 |
| 99 3410 | HHH Group, CPA PO Box 20216 Columbus, OH  43220 | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| 99 8500 | HMS Insurance Associates, Inc. | Administrative | | $0.00 | $3,825.00 | $3,825.00 |
| 100 2100 | William B. Logan, Jr. 50 West Broad Street, Suite 1200 Columbus, OH  43215 | Administrative | | $0.00 | $13,525.94 | $13,525.94 |
| 100 2200 | William B. Logan, Jr. 50 West Broad Street, Suite 1200 Columbus, OH  43215 | Administrative | | $0.00 | $2,434.32 | $2,434.32 |
| 100 2690 | Internal Revenue Service | Administrative | Employers FUTA taxes | $0.00 | $392.00 | $392.00 |
| 100 3110 | Luper Neidenthal & Logan Counsel for Trustee 50 W. Broad St., Ste. 1200 Columbus, OH  43215 | Administrative | | $0.00 | $25,000.00 | $24,671.00 |
| 26 150 6700 | Office Of The United States Trustee Ohio/Michigan Regional Office 211 West Fort Street, Suite 700 Detroit, Michigan 48226 Attn: Quarterly Fee Coordinator | Administrative | | $0.00 | $4,875.00 | $4,875.00 |

Page 1                                                                                      Printed: May 27, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                    Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 150<br>6710 | Myron Terleckey | Administrative | | $0.00 | $16,446.16 | $16,446.16 |
| 27<br>150<br>6920 | Triangle Commercial Properties, Llc<br>C/O Robert A. Bell, Jr., Esq.<br>Vorys, Sater, Seymour And Pease Llp<br>52 East Gay Street<br>Columbus, Ohio 43215 | Administrative | | $133,612.80 | $133,612.80 | $33,824.30 |
| 18<br>230<br>5300 | Eric A. Ribble<br>1208 Driftwood Dr.<br>Fairborn, OH  45324 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 19<br>230<br>5300 | Brian Ribble<br>6154 Albany Way Drive<br>Westerville, Oh 43081 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 20<br>230<br>5300 | Dustin G. Johnson<br>791 Bruck Street<br>Columbus, Oh 43206 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 23<br>230<br>5300 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Priority | | $0.00 | $6,250.00 | $4,375.57 |
| 25<br>230<br>5300 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Priority | | $0.00 | $2,700.00 | $1,890.25 |
| 28<br>230<br>5300 | Brandon Curry<br>215 Wagner Avenue<br>Baltimore, Oh 43105 | Priority | | $0.00 | $1,817.40 | $1,272.35 |
| 29<br>230<br>5300 | Brandon Curry<br>215 Wagner Avenue<br>Baltimore, Oh 43105 | Priority | | $0.00 | $6,750.01 | $4,725.63 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                      Date: May 27, 2016
Debtor Name: AMT Machine Systems, Ltd.
Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 31 230 5300 | Dennis R. Pugh 1769 Renee Court Galena, Oh 43021 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 32 230 5300 | Thomas M. Walliser 1356 Donwalter Lane Worthington, Oh 43235 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 33 230 5300 | Howard Ubert 6425 Meadowbrook Drive Worthington, Oh 43085 | Priority | | $0.00 | $12,475.00 | $8,733.65 |
| 37 230 5300 | Denise A. Courter 5828 Houchard Road Dublin, Oh 43016 | Priority | | $0.00 | $8,912.84 | $6,239.80 |
| 40 230 5300 | Gregory J. Knight 12990 Snyder Church Road Baltimore, Oh 43105 | Priority | | $0.00 | $7,000.00 | $4,900.64 |
| 2 300 5800 | Internal Revenue Service Centralized Insolvency Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $883.00 | $883.00 |
| 21 300 5800 | Ohio Bureau of Worker's Compensation PO Box 15567 Columbus, OHIO  43215-0567 | Priority | | $0.00 | $4,864.59 | $4,864.59 |
| 22 300 5800 | Ohio Bureau of Worker's Compensation PO Box 15567 Columbus, OHIO  43215-0567 | Priority | | $0.00 | $8,414.31 | $8,414.31 |
| 41 300 5800 | Ohio Department Of Taxation Bankruptcy Division P.O. Box 530 Columbus, Oh 43216 | Priority | | $0.00 | $103,201.93 | $103,201.93 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934

Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>300<br>7100 | Lester Detterbeck Enterprises Ltd.<br>3390 Us #2 East<br>Iron River, Mi 49935 | Unsecured | | $0.00 | $5,860.38 | $5,860.38 |
| 3<br>300<br>7100 | William Tullos<br>3297 North County Road 605<br>Sunbury, Oh 43074 | Unsecured | | $0.00 | $81,077.42 | $81,077.42 |
| 4<br>300<br>7100 | Mcmaster-Carr Supply<br>200 Aurora Industrial Parkway<br>Aurora, Oh 44202 | Unsecured | | $0.00 | $225.08 | $225.08 |
| 5<br>300<br>7100 | Motion Industries<br>P.O. Box 1477<br>Birmingham, Al 35201 | Unsecured | | $0.00 | $7,609.48 | $7,609.48 |
| 6<br>300<br>7100 | Advance Cnc Machining<br>Aka Advance Apex, Inc.<br>2375 Harrisburg Pike<br>Grove City, Oh 43123 | Unsecured | | $0.00 | $61,338.00 | $61,338.00 |
| 7<br>300<br>7100 | Global/Spec, Inc.<br>30 Tech Valley Drive<br>East Greenbush, Ny 12061 | Unsecured | | $0.00 | $3,750.00 | $3,750.00 |
| 8<br>300<br>7100 | Standley Law Group Llp<br>Trisha Beachy Bryant<br>6300 Riverside Drive<br>Dublin, Oh 43017 | Unsecured | | $0.00 | $884.50 | $884.50 |
| 9<br>300<br>7100 | Mcnaughton_Mckay Electric-Amy<br>Trevino<br>355 Tomahawk<br>Maumee, Oh 43537 | Unsecured | | $0.00 | $2,445.56 | $2,445.56 |
| 10<br>300<br>7100 | Morris & Arthur Llp Porter Wright<br>Porter, Wright, Morris & Arthur<br>Llp<br>41 South High Street, 31St Floor<br>Columbus, Oh 43215<br>Attn: Jack R. Pigman, Esq. | Unsecured | | $0.00 | $3,020.00 | $3,020.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                                    Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>300<br>7100 | Bucci Industries Usa, Inc.<br>9332 Forsyth Park Drive<br>Charlotte, Nc 28273 | Unsecured | | $0.00 | $70,827.50 | $70,827.50 |
| 12<br>300<br>7100 | Edge Technologies, Div Of<br>Hydromat, Inc.<br>Kevin Meehan<br>Hydromat, Inc.<br>11600 Adie Rd.<br>Maryland Heights, Mo 63043 | Unsecured | | $0.00 | $77,021.25 | $77,021.25 |
| 13<br>300<br>7100 | Custom Metal Products<br>C/O Sheri Brock<br>5037 Babbitt Rd<br>New Albany, Oh 43054 | Unsecured | | $0.00 | $9,870.85 | $9,870.85 |
| 14<br>300<br>7100 | Ohio Development Services<br>Agency<br>77 S. High St., 29Th Floor<br>Columbus, Oh 43215 | Unsecured | | $0.00 | $1,896,768.22 | $1,896,768.22 |
| 15<br>300<br>7100 | R&H Products Of Pr<br>Ceiba Industrial Park<br>Carr #978 Km 0.8<br>Ceiba, Pr 00735-3030 | Unsecured | | $0.00 | $14,520.00 | $14,520.00 |
| 16<br>300<br>7100 | Ronald W. Ventola<br>16270 Yankeetown Pike<br>Mount Sterling, Oh 43143 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 17<br>300<br>7100 | Motion Technologies<br>C/O Law Offices Of Timothy M.<br>Sullivan<br>25651 Detroit Rd., Ste. 203<br>Westlake, Oh 44145 | Unsecured | | $0.00 | $42,932.78 | $42,932.78 |
| 18<br>300<br>7100 | Eric A. Ribble<br>1208 Driftwood Dr.<br>Fairborn, OH  45324 | Unsecured | | $0.00 | $409,322.75 | $409,322.75 |
| 19<br>300<br>7100 | Brian Ribble<br>6154 Albany Way Drive<br>Westerville, Oh 43081 | Unsecured | | $0.00 | $28,175.62 | $28,175.62 |

Printed: May 27, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                    Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 20<br>300<br>7100 | Dustin G. Johnson<br>791 Bruck Street<br>Columbus, Oh 43206 | Unsecured | | $0.00 | $119,791.74 | $119,791.74 |
| 24<br>300<br>7100 | James Nivens<br>427 Streamwater Drive<br>Blacklick, Oh 43004 | Unsecured | | $0.00 | $879.21 | $879.21 |
| 30<br>300<br>7100 | Thomas F. Pugh<br>3547 Lakeshore Drive<br>Kingsport, Tn 37663 | Unsecured | | $0.00 | $480,595.07 | $480,595.07 |
| 31<br>300<br>7100 | Dennis R. Pugh<br>1769 Renee Court<br>Galena, Oh 43021 | Unsecured | | $0.00 | $483,606.58 | $483,606.58 |
| 32<br>300<br>7100 | Thomas M. Walliser<br>1356 Donwalter Lane<br>Worthington, Oh 43235 | Unsecured | | $0.00 | $210,229.53 | $210,229.53 |
| 34<br>300<br>7100 | Mirjana R. Gearhart<br>769 Curleys Court<br>Columbus, Oh 43235 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 35<br>300<br>7100 | Mirjana R. Gearhart<br>769 Curleys Court<br>Columbus, Oh 43235 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 36<br>300<br>7100 | Frank W. Magalski<br>Mirjana Mira Gearhart<br>769 Curleys Court<br>Columbus, Oh 43235 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 38<br>350<br>7200 | Columbia Gas Of Ohio<br>Po Box 117<br>Columbus, Oh 43216 | Unsecured | | $0.00 | $32.11 | $32.11 |

Printed: May 27, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 2:14-bk-52934                                                                    Date: May 27, 2016

Debtor Name: AMT Machine Systems, Ltd.

Claims Bar Date: 3/11/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 39 | State Board Of Equalization | Unsecured | | $0.00 | $35,517.84 | $35,517.84 |
| 350 | Special Operations Branch, Mic 55 | | | | | |
| 7200 | Po Box 942879 | | | | | |
| | Sacramento, Ca 94279 | | | | | |
| 41 | Ohio Department Of Taxation | Unsecured | | $0.00 | $14,680.00 | $14,680.00 |
| 380 | Bankruptcy Division | | | | | |
| 7300 | P.O. Box 530 | | | | | |
| | Columbus, Oh 43216 | | | | | |
| | Case Totals | | | $133,612.80 | $4,640,303.90 | $4,507,712.29 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: May 27, 2016

UST Form 101-7-TFR (5/1/2011) (Page: 19)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-52934
Case Name: AMT Machine Systems, Ltd.
Trustee Name: WILLIAM B. LOGAN, JR.

Balance on hand                                    $              177,711.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: William B. Logan, Jr. | $        13,525.94 | $           0.00 | $        13,525.94 |
| Trustee Expenses: William B. Logan, Jr. | $         2,434.32 | $           0.00 | $         2,434.32 |
| Attorney for Trustee Fees: Luper Neidenthal & Logan | $        24,671.00 | $           0.00 | $        24,671.00 |
| Accountant for Trustee Fees: HHH Group, CPA | $         3,000.00 | $        3,000.00 | $             0.00 |
| Other: Columbia Gas of Ohio | $           467.48 | $          467.48 | $             0.00 |
| Other: Internal Revenue Service | $           392.00 | $           0.00 | $           392.00 |
| Other: Sterling Protective Services, Inc. | $            99.65 | $           99.65 | $             0.00 |

Total to be paid for chapter 7 administrative expenses          $              41,023.26

Remaining Balance                                    $             136,687.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Myron Terleckey | $        16,446.16 | $           0.00 | $        16,446.16 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Office Of The United States Trustee | $ 4,875.00 | $ 0.00 | $ 4,875.00 |
| Other: Triangle Commercial Properties, Llc | $ 33,824.30 | $ 0.00 | $ 33,824.30 |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses | $ | 55,145.46 |
| Remaining Balance | $ | 81,542.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 198,969.20  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Eric A. Ribble | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 19 | Brian Ribble | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 20 | Dustin G. Johnson | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 23 | James Nivens | $ 4,375.57 | $ 0.00 | $ 4,375.57 |
| 25 | James Nivens | $ 1,890.25 | $ 0.00 | $ 1,890.25 |
| 28 | Brandon Curry | $ 1,272.35 | $ 0.00 | $ 1,272.35 |
| 29 | Brandon Curry | $ 4,725.63 | $ 0.00 | $ 4,725.63 |
| 31 | Dennis R. Pugh | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 32 | Thomas M. Walliser | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 33 | Howard Ubert | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 37 | Denise A. Courter | $ 6,239.80 | $ 0.00 | $ 6,239.80 |
| 40 | Gregory J. Knight | $ 4,900.64 | $ 0.00 | $ 4,900.64 |
| auto | Internal Revenue Service | $ 4,826.66 | $ 0.00 | $ 4,774.14 |
| auto | Internal Revenue Service | $ 972.57 | $ 0.00 | $ 962.00 |
| 2 | Internal Revenue Service | $ 883.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Ohio Bureau of Worker's Compensation | $ 4,864.59 | $ 0.00 | $ 0.00 |
| 22 | Ohio Bureau of Worker's Compensation | $ 8,414.31 | $ 0.00 | $ 0.00 |
| 41 | Ohio Department Of Taxation | $ 103,201.93 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                $_____ 81,542.28

Remaining Balance                                          $_____ 0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,160,751.52  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lester Detterbeck Enterprises Ltd. | $ 5,860.38 | $ 0.00 | $ 0.00 |
| 3 | William Tullos | $ 81,077.42 | $ 0.00 | $ 0.00 |
| 4 | Mcmaster-Carr Supply | $ 225.08 | $ 0.00 | $ 0.00 |
| 5 | Motion Industries | $ 7,609.48 | $ 0.00 | $ 0.00 |
| 6 | Advance Cnc Machining | $ 61,338.00 | $ 0.00 | $ 0.00 |
| 7 | Global/Spec, Inc. | $ 3,750.00 | $ 0.00 | $ 0.00 |
| 8 | Standley Law Group Llp | $ 884.50 | $ 0.00 | $ 0.00 |
| 9 | Mcnaughton_Mckay Electric-Amy Trevino | $ 2,445.56 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Morris & Arthur Llp Porter Wright | $ 3,020.00 | $ 0.00 | $ 0.00 |
| 11 | Bucci Industries Usa, Inc. | $ 70,827.50 | $ 0.00 | $ 0.00 |
| 12 | Edge Technologies, Div Of Hydromat, Inc. | $ 77,021.25 | $ 0.00 | $ 0.00 |
| 13 | Custom Metal Products | $ 9,870.85 | $ 0.00 | $ 0.00 |
| 14 | Ohio Development Services Agency | $ 1,896,768.22 | $ 0.00 | $ 0.00 |
| 15 | R&H Products Of Pr | $ 14,520.00 | $ 0.00 | $ 0.00 |
| 16 | Ronald W. Ventola | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | Motion Technologies | $ 42,932.78 | $ 0.00 | $ 0.00 |
| 18 | Eric A. Ribble | $ 409,322.75 | $ 0.00 | $ 0.00 |
| 19 | Brian Ribble | $ 28,175.62 | $ 0.00 | $ 0.00 |
| 20 | Dustin G. Johnson | $ 119,791.74 | $ 0.00 | $ 0.00 |
| 24 | James Nivens | $ 879.21 | $ 0.00 | $ 0.00 |
| 30 | Thomas F. Pugh | $ 480,595.07 | $ 0.00 | $ 0.00 |
| 31 | Dennis R. Pugh | $ 483,606.58 | $ 0.00 | $ 0.00 |
| 32 | Thomas M. Walliser | $ 210,229.53 | $ 0.00 | $ 0.00 |
| 34 | Mirjana R. Gearhart | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 35 | Mirjana R. Gearhart | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 36 | Frank W. Magalski | $ 50,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 14,680.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 41 | Ohio Department Of Taxation | $        14,680.00 | $          0.00 | $          0.00 |

Total to be paid to subordinated unsecured creditors        $_____0.00

Remaining Balance        $_____0.00