**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMT Machine Systems, Ltd. | § | Case No. 14-52934 |
| | § | |
| Debtor | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that WILLIAM B. LOGAN, JR., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    170 North High Street
                    Columbus, Ohio  43215
    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/21/2016                    By: /s/ William B. Logan Jr.
                                                            Trustee


*WILLIAM B. LOGAN, JR.
50 W. BROAD STREET
SUITE 1200
COLUMBUS, OH 43215*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| AMT Machine Systems, Ltd. | § | Case No. 14-52934 |
| | § | |
| Debtor | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 209,343.76 |
| and approved disbursements of | $ | 31,632.76 |
| leaving a balance on hand of[1] | $ | 177,711.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: William B. Logan, Jr. | $ 13,525.94 | $ 0.00 | $ 13,525.94 |
| Trustee Expenses: William B. Logan, Jr. | $ 2,434.32 | $ 0.00 | $ 2,434.32 |
| Attorney for Trustee Fees: Luper Neidenthal & Logan | $ 24,671.00 | $ 0.00 | $ 24,671.00 |
| Accountant for Trustee Fees: HHH Group, CPA | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Other: Columbia Gas of Ohio | $ 467.48 | $ 467.48 | $ 0.00 |
| Other: Internal Revenue Service | $ 392.00 | $ 0.00 | $ 392.00 |
| Other: Sterling Protective Services, Inc. | $ 99.65 | $ 99.65 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 41,023.26 |
| Remaining Balance | | $ | 136,687.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Myron Terleckey | $ 16,446.16 | $ 0.00 | $ 16,446.16 |
| Other: Office Of The United States Trustee | $ 4,875.00 | $ 0.00 | $ 4,875.00 |
| Other: Triangle Commercial Properties, Llc | $ 33,824.30 | $ 0.00 | $ 33,824.30 |
| Total to be paid for prior chapter administrative expenses | | | $ 55,145.46 |
| Remaining Balance | | | $ 81,542.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 198,969.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| auto | Internal Revenue Service | $ 972.57 | $ 0.00 | $ 962.00 |
| 21 | Ohio Bureau of Worker's Compensation | $ 4,864.59 | $ 0.00 | $ 0.00 |
| 22 | Ohio Bureau of Worker's Compensation | $ 8,414.31 | $ 0.00 | $ 0.00 |
| 2 | Internal Revenue Service | $ 883.00 | $ 0.00 | $ 0.00 |
| 41 | Ohio Department Of Taxation | $ 103,201.93 | $ 0.00 | $ 0.00 |
| 18 | Eric A. Ribble | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 19 | Brian Ribble | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 20 | Dustin G. Johnson | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 23 | James Nivens | $ 4,375.57 | $ 0.00 | $ 4,375.57 |
| 25 | James Nivens | $ 1,890.25 | $ 0.00 | $ 1,890.25 |
| 28 | Brandon Curry | $ 1,272.35 | $ 0.00 | $ 1,272.35 |
| 29 | Brandon Curry | $ 4,725.63 | $ 0.00 | $ 4,725.63 |
| 31 | Dennis R. Pugh | $ 8,733.65 | $ 0.00 | $ 8,733.65 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 32 | Thomas M. Walliser | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 33 | Howard Ubert | $ 8,733.65 | $ 0.00 | $ 8,733.65 |
| 37 | Denise A. Courter | $ 6,239.80 | $ 0.00 | $ 6,239.80 |
| 40 | Gregory J. Knight | $ 4,900.64 | $ 0.00 | $ 4,900.64 |
| auto | Internal Revenue Service | $ 4,826.66 | $ 0.00 | $ 4,774.14 |
| | Total to be paid to priority creditors | | | $ 81,542.28 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,160,751.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lester Detterbeck Enterprises Ltd. | $ 5,860.38 | $ 0.00 | $ 0.00 |
| 3 | William Tullos | $ 81,077.42 | $ 0.00 | $ 0.00 |
| 4 | Mcmaster-Carr Supply | $ 225.08 | $ 0.00 | $ 0.00 |
| 5 | Motion Industries | $ 7,609.48 | $ 0.00 | $ 0.00 |
| 6 | Advance Cnc Machining | $ 61,338.00 | $ 0.00 | $ 0.00 |
| 7 | Global/Spec, Inc. | $ 3,750.00 | $ 0.00 | $ 0.00 |
| 8 | Standley Law Group Llp | $ 884.50 | $ 0.00 | $ 0.00 |
| 9 | Mcnaughton_Mckay Electric-Amy Trevino | $ 2,445.56 | $ 0.00 | $ 0.00 |
| 10 | Morris & Arthur Llp Porter Wright | $ 3,020.00 | $ 0.00 | $ 0.00 |
| 11 | Bucci Industries Usa, Inc. | $ 70,827.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Edge Technologies, Div Of Hydromat, Inc. | $ 77,021.25 | $ 0.00 | $ 0.00 |
| 13 | Custom Metal Products | $ 9,870.85 | $ 0.00 | $ 0.00 |
| 14 | Ohio Development Services Agency | $ 1,896,768.22 | $ 0.00 | $ 0.00 |
| 15 | R&H Products Of Pr | $ 14,520.00 | $ 0.00 | $ 0.00 |
| 16 | Ronald W. Ventola | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | Motion Technologies | $ 42,932.78 | $ 0.00 | $ 0.00 |
| 18 | Eric A. Ribble | $ 409,322.75 | $ 0.00 | $ 0.00 |
| 19 | Brian Ribble | $ 28,175.62 | $ 0.00 | $ 0.00 |
| 20 | Dustin G. Johnson | $ 119,791.74 | $ 0.00 | $ 0.00 |
| 24 | James Nivens | $ 879.21 | $ 0.00 | $ 0.00 |
| 30 | Thomas F. Pugh | $ 480,595.07 | $ 0.00 | $ 0.00 |
| 31 | Dennis R. Pugh | $ 483,606.58 | $ 0.00 | $ 0.00 |
| 32 | Thomas M. Walliser | $ 210,229.53 | $ 0.00 | $ 0.00 |
| 34 | Mirjana R. Gearhart | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 35 | Mirjana R. Gearhart | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 36 | Frank W. Magalski | $ 50,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 14,680.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 41 | Ohio Department Of Taxation | $ 14,680.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ William B. Logan Jr.
                                             Trustee

WILLIAM B. LOGAN, JR.
50 W. BROAD STREET
SUITE 1200
COLUMBUS, OH 43215

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 21, 2016, a copy of the Notice of Trustee's Amended Final Report and Applications for Compensation and Deadline to Object was served electronically through the Court's ECF system upon the following:

- Allen B Aimar    aaimar@riddellcolpa.net
- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Robert A Bell    rabell@vorys.com, dmchilelli@vorys.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Jose Rafael Gonzalez    jrg@gonzalezmorales.com
- Lawrence Hackett    MaryAnne.Wilsbacher@usdoj.gov
- Marilyn McConnell    mmcconnell@aep.com
- Richard G Murray    richard@ksrlegal.com, kathy@ksrlegal.com
- Kenneth M Richards    krichards@lnlattorneys.com
- Myron N Terlecky    mnt@columbuslawyer.net, jlh@columbuslawyer.net
- Myron N Terlecky    mnt@columbuslawyer.net, oh41@ecfcbis.com;mnt@trustesolutions.net;HABTrustee@columbuslawyer.net

And served by regular U.S. Mail, postage prepaid, upon the parties on the attached matrix.

/s/ William B. Logan Jr.
William B. Logan Jr., Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:14-bk-52934<br>Southern District of Ohio<br>Columbus<br>Tue Jan 12 14:51:28 EST 2016 | AMT Machine Systems, Ltd.<br>6155 Huntley Road, Ste N<br>Columbus, OH 43229-1096 | Advance Apex, Inc.<br>dba Advance CNC Machining<br>2375 Harrisburg Pike<br>Grove City, OH 43123-1057 |
| Ohio Mobile Shredding<br>PO Box 307206<br>Columbus, OH 43230-7206 | R & H Products of Puerto Rico, Inc.<br>Ceiba Industrial Park<br>Ceiba, PR 00735-3030 | A. Leonard Nusbaum<br>7804 Blue Heron Drive West<br>Villa #2<br>Wilmington, NC 28411-7515 |
| ADL Technology Inc.<br>2727 Scioto Parkway<br>Columbus, OH 43221-4658 | Advance CNC Machining<br>aka Advance Apex, Inc.<br>2375 Harrisburg Pike<br>Grove City, OH 43123-1057 | Advanced Motion Controls<br>3805 Calle Tecate<br>Camarillo, CA 93012-5068 |
| Allied Electronics Inc.<br>659 Lakeview Plaza Blvd.<br>Suite A<br>Worthington, OH 43085-4775 | American Credit Systems, Inc.<br>400 West Lake Street, Ste. 111<br>PO Box 72849<br>Roselle, IL 60172-0849 | American Electric Power<br>P.O. Box 24418<br>Canton, OH 44701-4418 |
| Anthem Blue Cross Blue Shield<br>PO Box 105673<br>Atlanta, GA 30348-5673 | Anthony Bonina<br>674 Colony Drive<br>Westerville, OH 43081-3622 | Anthony O. Mancuso, Esq.<br>135 N. Hamilton Rd.<br>Gahanna, OH 43230-2601 |
| Applied Machine & Motion Control<br>1491 Dixie Highway<br>Park Hills, KY 41011-2835 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Atlas Butler Heating & Cooling<br>4849 Evanswood Drive<br>Columbus, OH 43229-6206 |
| Automatic Production Equipment Inc.<br>815 Touhy Ave.<br>Elk Grove Village, IL 60007-4900 | BDI<br>1171 West Goodale Blvd.<br>Columbus, OH 43212-3730 | Bank of America (Platinum Plus)<br>PO Box 15463<br>Wilmington, DE 19850-5463 |
| Brandon Curry<br>215 Wagner Avenue<br>Baltimore, OH 43105-1347 | Brannigan Family Living Trust<br>2204 Honeytree Court<br>Findlay, OH 45840-7441 | Brian Ribble<br>6154 Albany Way Drive<br>Westerville, OH 43081-9306 |
| Bucci Industries USA, Inc.<br>9332 Forsyth Park Drive<br>Charlotte, NC 28273-3888 | (p)COLUMBIA GAS<br>290 W NATIONWIDE BLVD 5TH FL<br>BANKRUPTCY DEPARTMENT<br>COLUMBUS OH 43215-4157 | Cisco, Inc.<br>1702 Townhurst Drive<br>Houston, TX 77043-2811 |
| Columbus City Treasurer<br>Income Tax Division<br>77 N. Front Street 2nd Floor<br>Columbus, OH 43215-1895 | Columbus Fasteners Corporation Inc.<br>1150 Chesapeake Avenue<br>Columbus, OH 43212-2237 | Consorsium<br>c/o Walter Doyle<br>1970 Jewett Road<br>Powell, OH 43065-9834 |

| | | |
|---|---|---|
| Credit Mediators, Inc.<br>PO Box 456<br>Upper Darby, PA 19082-0456 | Custom Metal Products<br>c/o Sheri Brock<br>5037 Babbitt Rd<br>New Albany, OH 43054-8301 | David W. Ferguson<br>3115 Reynoldsburg- New Albany Rd<br>New Albany, OH 43054-8546 |
| Dayton Machine Tool<br>1314 Webster Street<br>Dayton, OH 45404-1568 | Denise A. Courter<br>5828 Houchard Road<br>Dublin, OH 43016-8816 | Dennis D. Cech<br>32706 Lake Road<br>Avon Lake, OH 44012-1665 |
| Dennis R. Pugh<br>1769 Renee Court<br>Galena, OH 43021-9672 | Dial Machine Service<br>38 S. Beckel Street<br>Dayton, OH 45403-1828 | Digi-Key Corporation<br>701 Brooks Avenue South<br>PO Box 677<br>Thief River Falls, MN 56701-0677 |
| Dustin G. Johnson<br>791 Bruck Street<br>Columbus, OH 43206-2201 | Edge Technologies, Div of Hydromat, Inc.<br>Kevin Meehan<br>Hydromat, Inc.<br>11600 Adie Rd.<br>Maryland Heights, MO 63043-3510 | Elizabeth B. Shook<br>Trustee of E.B. Shook Rev Living Trust<br>5118 Postlewaite Road<br>Columbus, OH 43235-3450 |
| Elledge Gasket<br>Division of Rubbertec Inc.<br>7850 Commerce Court<br>Lewis Center, OH 43035 | Eric A. Ribble<br>1208 Driftwood Drive<br>Fairborn, OH 45324-7586 | Eric Roy<br>Roy Financial Services LLC<br>5626 Loch More Court<br>Dublin, OH 43017-9621 |
| Essentra Components<br>2265 Black Creek Road<br>Muskegon, MI 49444-2684 | FIA Card Services<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Forest Capital LLC<br>8234 Glencullen Court<br>Dublin, OH 43017-8637 |
| Frank Magalski<br>Mirjana Mira Gearhart<br>769 Curleys Ct.<br>Columbus, OH 43235-2161 | Frank W. Magalski<br>769 Curleys Ct.<br>Columbus, OH 43235-2161 | Frank W. Magalski<br>Mirjana Mira Gearhart<br>769 Curleys Court<br>Columbus, OH 43235-2161 |
| Gardner Publications<br>6915 Valley Avenue<br>Cincinnati, OH 45244-3153 | Genovese Mfg Company Inc.<br>P.O. Box 2112<br>100 Franklin Street<br>Bristol, CT 06010-1403 | George Morris<br>1810 Stemwood Drive<br>Columbus, OH 43228-9716 |
| Global/Spec, Inc.<br>30 Tech Valley Drive<br>East Greenbush, NY 12061-4129 | GlobalSpec Inc.<br>PO Box 673995<br>Detroit, MI 48267-3995 | Great West Retirement Services<br>8515 E. Orchard Road<br>4T2<br>Greenwood Village, CO 80111-5002 |
| Gregory J. Knight<br>12990 Snyder Church Road<br>Baltimore, OH 43105-9467 | HHH CPA Group, LLC<br>1250 Henderson Rd.<br>Columbus, OH 43220 | Hardbox Corporation<br>11449 Lebanon Road<br>Rear Building B<br>Cincinnati, OH 45241-4206 |

Howard Ubert
6425 Meadowbrook Drive
Worthington, OH 43085-2864

Huntington Bank
Shell Harmon- Corporate Trust
7 Easton Oval- EA4E63
Columbus, OH 43219-6010

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

James Nivens
427 Streamwater Drive
Blacklick, OH 43004-8137

James Wagoner
8012 Pelham Drive
Cleveland, OH 44129-4425

Jason Greenwalt, Accounting Manager
Bucci Industries USA, Inc.
9332 Forsyth Park Dr
Charlotte, NC 28273-3888

Joel Gregory
24416 249th Avenue S.E.
Maple Valley, WA 98038-8219

John C. Beeler
414 N. Drexel Avenue
Columbus, OH 43209-1044

Joseph A. Jezerinac
2152 N. Commonwealth Avenue
Apartment 1
Los Angeles, CA 90027-2157

Joseph Bioty
519 Deer Run Court
Westerville, OH 43081-3278

Kemp, Schaeffer, & Rowe Co., L.P.A.
ATTN: Richard G. Murray, II
88 West Mound Street
Columbus, OH 43215-5084

Kenneth B. Waldron
101 Alma Street
Apt. 903
Palo Alto, CA 94301-1011

Kevin Meehan, General Manager
Edge Technologies
11600 Adie Rd
Maryland Heights, MO 63043-3510

Keybank
P.O. Box 6040
Cleveland, OH 44101

LIPOCO Enterprises, Inc.
235 E. Gardena Blvd.
Gardena, CA 90248-2800

Lester Detterbeck Enterprises Ltd.
3390 US #2 East
Iron River, MI 49935

Lico Machinery Co. Ltd
1666 Chungshan Road
Shenkan District, Taichung, 42955
TAIWAN

Lockrey Manufacturing
203 Matzinger Road
Toledo, OH 43612-2624

MSC Industrial Supply Company Inc.
PO Box 9101
Plainview, NY 11803-9001

Machine Tool Network
3650 James Street
Room 07
Syracuse, NY 13206-2579

Mark F. Taggart Co. AMO
942 A Freeway Drive North
Columbus, OH 43229

Mark Makulinski
203 Matzinger Road
Toledo, OH 43612-2624

McMaster-Carr Supply
200 Aurora Industrial Parkway
Aurora, OH 44202-8090

McMaster-Carr Supply Company
PO Box 94930
Cleveland, OH 44101-4930

McNaughton-McKay
2255 City Gate Drive
Columbus, OH 43219-3567

McNaughton_McKay Electric-Amy Trevino
355 Tomahawk
Maumee, OH 43537-1748

Mirjana R. Gearhart
769 Curleys Court
Columbus, OH 43235-2161

Motion Industries
P.O. Box 1477
Birmingham, AL 35201-1477

Motion Industries Inc.
1666 Integrity Drive
Columbus, OH 43209-2789

Motion Technologies
c/o Law Offices of Timothy M. Sullivan
25651 Detroit Rd., Ste. 203
Westlake, OH 44145-2415

| | | |
|---|---|---|
| Motion Technologies Co.<br>1205 Chesapeake Ave.<br>Columbus, OH 43212-2238 | Nestor A. Rivera<br>R & H Products of PR, Inc.<br>Ceiba Industrial Park<br>CARR #978KM0.8<br>Ceiba, PR 00735-3030 | Newark Electronics Inc.<br>PO Box 94152<br>Palatine, IL 60094-4152 |
| Office of the United States Trustee<br>Ohio/Michigan Regional Office<br>211 West Fort Street, Suite 700<br>Detroit, Michigan 48226-3263<br>Attn: Quarterly Fee Coordinator | Ohio Attorney General<br>Collections Enforcement Section<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | (p)OHIO BUREAU OF WORKERS COMPENSATION<br>LAW SECTION BANKRUPTCY UNIT<br>P O BOX 15567<br>COLUMBUS OH 43215-0567 |
| Ohio Department of Development<br>ATTN: Loan Servicing<br>77 South High Street 28th Floor<br>Columbus, OH 43215-6108 | Ohio Department of Development<br>ATTN: Loan Servicing<br>P.O. Box 1001<br>Columbus, OH 43216-1001 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>P. O. Box 530<br>Columbus, OH 43266-0030 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Department of Taxation<br>PO Box 347<br>Columbus, OH 43216-0347 | Ohio Development Services Agency<br>77 S. High St., 29th Floor<br>Columbus, OH 43215-6108 |
| Ohio Transport Corporation Inc.<br>5593 Hamilton- Middletown Road<br>Middletown, OH 45044-9703 | Porter Wright Morris & Arthur<br>41 South High Street<br>Columbus, OH 43215-6194 | Porter, Wright, Morris & Arthur LLP<br>41 South High Street, 31st Floor<br>Columbus, OH 43215-6109<br>Attn: Jack R. Pigman, Esq. |
| R&H Products of PR<br>Ceiba Industrial Park<br>CARR #978 KM 0.8<br>Ceiba, PR 00735-3030 | Raka Corporation<br>203 Matzinger Road<br>Toledo, OH 43612-2624 | Rilco, Inc.<br>5012 Calvert Street<br>Cincinnati, OH 45209-1076 |
| Rockford Ball Screw Co.<br>940 Southrock Drive<br>Rockford, IL 61102-4299 | Ronald W. Ventola<br>16270 Yankeetown Pike<br>Mount Sterling, OH 43143-9539 | Sam Schulhof<br>672 Harbor Creek Place<br>Charleston, SC 29412-3203 |
| School District Income Tax Division<br>Treasurer of State of Ohio<br>School District Income Tax Division<br>Columbus, OH 43215 | Specialty Nameplate Corporation<br>ER Extended Resources LLC<br>4670 Groves Road<br>Columbus, OH 43232-4164 | Standley Law Group<br>6300 Riverside Drive<br>Dublin, OH 43017-5043 |
| Standley Law Group LLP<br>Trisha Beachy Bryant<br>6300 Riverside Drive<br>Dublin, OH 43017-5043 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Taratec Corporation<br>4605 Morse Road<br>Gahanna, OH 43230-7300 |
| Thal-Mor Associates<br>3232 Encrete Lane<br>Dayton, OH 45439-1998 | Thomas Bihari<br>6966 Eastview Drive<br>Worthington, OH 43085-2307 | Thomas F. Pugh<br>3547 Lakeshore Drive<br>Kingsport, TN 37663-3372 |

| | | |
|---|---|---|
| Thomas M. Walliser<br>1356 Donwalter Lane<br>Worthington, OH 43235-5112 | Timothy M. Sullivan, Esq.<br>25651 Detroit Road<br>Suite 203<br>Westlake, OH 44145-2415 | Triangle Commercial Properties, LLC<br>c/o Robert A. Bell, Jr., Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, Ohio 43215-3161 |
| U. S. Attorney<br>303 Marconi Blvd. Ste 200<br>Columbus, OH 43215-2326 | U. S. Attorney General<br>Main Justice Building, Rm. 5111<br>10th & Constitution Ave., N.W.<br>Washington, DC 20530-0001 | Uline<br>2200 S. Lakeside Drive<br>Waukegan, IL 60085-8311 |
| Verizon Wireless<br>Operations Support<br>PO Box 9058<br>Dublin, OH 43017-0958 | Vincent Vohnout<br>3448 Trabue Road<br>Columbus, OH 43204-3667 | Walter J. Doyle<br>1970 Jewett Rd.<br>Powell, OH 43065-9834 |
| William Tullos<br>3297 North County Road 605<br>Sunbury, OH 43074-8323 | Williams Controls Inc.<br>14100 SW 72nd Avenue<br>Portland, OR 97224-8095 | Win Systems Inc.<br>715 Stadium Drive<br>Jeff Childs<br>Arlington, TX 76011-6225 |
| YDT Sinclair Road, LLC<br>942 A Freeway Drive North<br>Columbus, OH 43229 | Brian Schneider<br>HHH CPA Group<br>1250 Old Henderson Road<br>Columbus, OH 43220-3653 | (p)AUCTION OHIO<br>6555 BUSCH BOULEVARD SUITE 230<br>COLUMBUS OH 43229-1790 |
| Eric Ribble<br>1208 Driftwood Drive<br>Fairborn, OH 45324-7586 | Myron N Terlecky<br>575 S Third St<br>Columbus, OH 43215-5755 | William B Logan<br>50 West Broad Street<br>Suite 1200<br>Columbus, OH 43215-5907 |