**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 21, 2016**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 14-52934 |
| | : | Chapter 7; Judge John E. Hoffman, Jr. |
| AMT Machine Systems, Ltd. | : | |
| | : | |
| Debtor. | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO COMPROMISE ADMINISTRATIVE EXPENSE CLAIM OF OHIO BUREAU OF WORKERS' COMPENSATION (#161)**

This matter is before the Court upon the Motion of William B. Logan, Jr., Trustee, for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, authorizing him to compromise an administrative expense claim filed by the Ohio Bureau of Workers' Compensation ("OBWC"), The Court finds that notice of the motion has been provided and that no objections or request for hearing have been filed.  The Court finds that good cause exists for granting the motion.

IT IS, THEREFORE, ORDERED that the compromise is approved and the proof of claim filed by OBWC on January 27, 2015 (Claim No. 22) is allowed as a Chapter 11 administrative claim in the total amount of $2,300.00 and is disallowed for any additional amount.

IT IS SO ORDERED.

Approved:


LUPER NEIDENTHAL & LOGAN
A Legal Professional Association


/s/  Kenneth M. Richards
Kenneth M. Richards, Case Attorney for
William B. Logan, Jr., Trustee
50 West Broad Street, Suite 1200
Columbus, OH 43215
(614) 221-7663  Fax (866) 345-4948
Supreme Court number:  0040455
krichards@LNLattorneys.com

Copies:

Default List, plus

Erin M. Dooley
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, Ohio 43016

Ohio Bureau of Workers' Compensation
P. O. Box 15567
Columbus, Ohio 43215-0567


###