**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: September 27, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 2:14-bk-52934 |
| AMT Machine Systems, Ltd. | : | Chapter 7 |
| Debtor(s) | : | JUDGE: JOHN E. HOFFMAN, JR. |

### ORDER FOR PAYMENT OF FEES AND EXPENSES
(Related Doc. # 162)

The Court, in the absence of any objections, having considered the applications and amended applications for final compensation and expenses, and the Clerk having enumerated the miscellaneous fees owed pursuant to 28 U.S.C. Sec. 1930(b):

IT IS HEREBY ORDERED that the following fees and expenses shall be paid by the Trustee from the Estate:

| | NAME | AMOUNT |
|---|---|---|
| Trustee Compensation | William B. Logan, Jr. | 13,525.94 |
| Trustee Expenses | William B. Logan, Jr. | 2,434.32 |
| Chapter 7 Operating Expenses (includes wages, payroll taxes, and other taxes paid while operating a business in chapter | Internal Revenue Service | 392.00 |
| Attorney for Trustee Fees (Trustee Firm) | Luper Neidenthal & Logan | 24,671.00 |
| Other Professional Fees (Chapter 11) | Office Of The United States Trustee | 4,875.00 |
| Other Professional Expenses (Chapter 11) | Myron Terleckey | 16,446.16 |
| Other State or Local Taxes (non-payroll and non-sales taxes) (Chapter 11) | Ohio Bureau of Worker's Compensation | 2,300.00 |

| | NAME | AMOUNT |
|---|---|---|
| Administrative Rent (post-petition storage fees, leases, etc.) (Chapter 11) | Triangle Commercial Properties, Llc | 33,824.30 |

**SO ORDERED.**

**Copies to**: Default List plus additional parties
Robert A. Bell via ECF
Brian M. Gianangeli via ECF
Jose Rafael Gonzalez via ECF
Lawrence Hackett via ECF
Marilyn McConnell via ECF
Richard G. Murphy via ECF
Kenneth M. Richards via ECF
Myron N. Terlecky via ECF

###